FILED

JUN 1 9 2008   NH

Jun 19, 2008   **UNITED STATES DISTRICT COURT**
MICHAEL W. DOBBINS   **NORTHERN DISTRICT OF ILLINOIS**
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| POWERS & SONS CONSTRUCTION COMPANY, INC., Plaintiff | ) CASE NUMBER: |
| | ) |
| v. | ) **08CV3513** |
| | ) **JUDGE PALLMEYER** |
| MIA PLUMBING CORPORATION, Defendant | ) **MAGISTRATE JUDGE MASON** |
| | ) |

## COMPLAINT

Powers & Sons Construction Company, Inc ("Powers"), by counsel, David A. Buls of Casale, Woodward & Buls, LLP files this Complaint against MIA Plumbing Corporation ("MIA") and in support, alleges the following.

### PRELIMINARY STATEMENT

1.     This cause of action arises out of a written contract entered into by and between Powers and MIA entitled *Contract Number 5018-003*, dated October 11, 2005 ("Contract"). A copy of the Contract is attached hereto and incorporated herein as Exhibit "A".

2.     According to the Contract, MIA agreed to perform certain plumbing work covered by Project Specification Section(s) 15050, 15100, 15410 and 15480 in the capacity of a subcontractor, on a private construction project commonly known as, *New Wal-Mart Facility*, located at 3500 Golf Road, Niles, Illinois ("Project"), in exchange for payment by Powers, the general contractor.

3.     The Contract also gives rise to certain construction warranties offered by MIA for the benefit of Powers.

4.     MIA breached the Contract and the construction warranties.

1

## THE PARTIES

4.     Powers is a general contractor incorporated and in good standing under the laws of the State of Indiana with its principal place of business located at 2636 W. 15th Avenue, in Gary, Indiana, 46404.  Powers is a citizen of the State of Indiana.

5.     MIA is a plumbing company incorporated under the laws of the State of Illinois, with its principal place of business located at 595 Woodland Street, in Hoffman Estates, Illinois, 60194.  MIA is a citizen of the State of Illinois.

## JURISDICTION AND VENUE

6.     Jurisdiction exists pursuant to 28 USC § 1332 in that Powers is a citizen of the State of Indiana and MIA is a citizen of the State of Illinois and the amount in controversy is greater than $75,000.00.

7.     Venue is proper pursuant to 28 USC §1391 in that the principal place of business of MIA is in Hoffman Estates, Illinois.

## RELEVANT PROVISIONS OF THE CONTRACT AND WARRANTIES

8.     The Contract required MIA to supply:

> Supply all labor, material, and supervision to furnish and install a complete working plumbing system as per plans and specifications.... [which] work includes, but is not limited to, all demo and patching to install your work, tax, permit fess, spoil removal, coring, rework of sewer and water for existing space as per plans, pipe insulation as per plans, air lines, grease basins, daily cleanup of your debris, overtime for work as needed...

for the benefit of Powers, on the Project in relation to Specification Section(s): 15050, 15100, 15410, 15480 ("Scope-of-Work").  MIA was required to commence the Scope-of-Work immediately upon notice from Powers and prosecute the Scope-of-Work until

completion, with such diligence as is practicable and necessary to enable Powers to fulfill its obligations as a general contractor on the Project.

9.    MIA was further required to complete the Scope-of-Work in a workmanlike manner, as specified and free from defects.

10.    The Contract further required MIA to timely pay for all labor, materials, supplies and equipment that it used and/or contracted for in relation to the Project.

11.    The Contract further required MIA to attend weekly project meetings and other special meetings scheduled by Powers.

12.    The Contract further required MIA to correct defective plumbing work on the Project.

## BREACHES OF CONTRACT AND WARRANTIES

13.    MIA failed to timely complete the Scope-of-Work.

14.    MIA failed to complete the Scope-of-Work in a workmanlike manner, as specified and free from defects.

15.    MIA failed to timely pay for all labor, materials, supplies and equipment that it used and/or contracted for in relation to the Project.

16.    MIA failed to attend weekly project meetings and other special meetings scheduled by Powers.

17.    MIA failed to correct defective plumbing work on the Project.

## DAMAGES

18.    The cost to Powers of MIA's breaches of the Contract and the warranties is to some extent documented in Change Orders, copies of which are attached hereto and incorporated herein as Exhibit "B".

19.     The cost of MIA's breaches of the Contract and the warranties is to some further extent documented in a written contract between Powers and Broadway Construction Services, Inc., a copy of which is attached hereto and incorporated herein as Exhibit "C".

20.     The cost of MIA's breaches of the Contract and the warranties is to some further extent documented in Change Orders issued by Powers to Broadway Construction Services, Inc., copies of which are attached hereto and incorporated herein as Exhibit "D".

21.     The cost of MIA's breaches of the Contract and the warranties is to some further extent documented through internal company records kept by Powers.

### PRAYER FOR RELEIF

WHEREFORE, Powers respectfully requests that the Court: enter findings that MIA breached and/or failed to perform the Contract and the applicable construction warranties; award Powers all damages permissible under the law including but not limited to direct damages, indirect damages, consequential damages, litigation expense damages (attorney fees, costs, fees) and pre-judgment interest; and, grant Powers all other just and proper relief in the premises.

Respectfully submitted,

CASALE, WOODWARD & BULS, LLP

David A. Buls, ID #9078510
9223 Broadway, Suite A
Merrillville, IN 46410
Tele:  (219) 736-9990
Fax:  (219) 736-9991
Email:  dbuls@cwblawfirm.com

4

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

POWERS AND SONS )
CONSTRUCTION CO., INC. )
    Plaintiff )    CASE NUMBER:
     )
    VS. )
     )
MIA PLUMBING CORP. )
    Defendant )

## LIST OF EXHIBITS

A.    **Written Contract between Powers & Sons Construction Company, Inc. and MIA Plumbing Corporation;**

B.    **Change Orders issued by Powers & Sons Construction Company, Inc. to MIA Plumbing Corporation;**

C.    **Written Contract between Powers & Sons Construction Company, Inc. and Broadway Construction Services, Inc.**

D.    **Change Orders issued by Powers & Sons Construction Company, Inc. to Broadway Construction Services, Inc.**

# Exhibit A

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

**General Contractors – C    truction Managers**
2636 W. 15th Avenue -- Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

---

### CONTRACT NUMBER 5018-003

THIS AGREEMENT, made this October 11, 2005, by and between POWERS & SONS CONSTRUCTION COMPANY, INC., hereinafter designated the Contractor, and

MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194

Hereinafter designated the Subcontractor.

### WITNESSETH

That the Subcontractor hereby agrees for certain hereinafter specified considerations to furnish all materials, labor, and equipment and fully complete as required by the plans and specifications furnish by: PB2 Architecture and Engineering, plan(s) and specification(s) dated March 18, 2005; the following described

Wal-Mart Store Number 3725, Demolition of Existing Structure, Construction of new Wal-Mart Facility, and
Site Improvements
3500 Golf Road, Niles, IL
ADDENDA 1, 2, and 3
NO ALTERNATES

Specification Section(s): 15050, 15100, 15410, 15480

This contractor will supply all labor, material, and supervision to furnish and install a complete working plumbing system as per plans and specifications. This work includes, but is to limited to, all demo and patching to install your work, tax, permit fees, spoil removal, coring, rework of sewer and water for existing space as per plans, pipe insulation as per plans, air lines, grease basins, daily cleanup of your debris, overtime for work as needed.

Note: Contractor to comply with all SWPPP plans and specifications for work performed on this site.

*** We need all shop drawings and submittals by October 21, 2005. ***



**General Contractors – C    truction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

And the Subcontractor further agrees to fully relieve the Contractor of all responsibility for finishing and completing the said work in accordance with the Contractor's general contract with Wal-Mart Stores Inc. hereinafter designated the Owner, in the construction of the above named project, and agreed that the terms and provisions of said contract between the Contractor and said Owner with September 13, 2005, are made part of this Agreement and further, that the Subcontractor grants to said Contractor those rights, powers, and remedies in every detail and respect and in the same language and intent which Owner reserves to itself in the said general contract.

In consideration whereof the Subcontractor shall receive the sum of **FOUR HUNDRED FOUR THOUSAND DOLLARS AND ZERO CENTS ($404,000.00)** as full compensation for completion of the work described herein and the fulfillment of all stipulations of this agreement in the following manner, to wit:

That within ten (10) calendar days of receipt of payment by the Contractor from the Owner, payment shall be made in the amount of NINETY percent (90%) of the value of work completed the preceding month as payment estimated and approved by the Architect, Owner, and Contractor and upon payment being made by the Owner to the Contractor herein; the remaining TEN percent (10%) to be paid upon final completion and acceptance by the Owner, Architect, and Contractor of the work to e done hereunder, and said payments to e made only upon presentation of formal waivers of liens together with an affidavit that all payments have been made for all labor and material.

It is further understood and agreed that the Contractor may retain out of any moneys at any time due to Subcontractor a sum sufficient to pay all persons who have performed labor or furnished materials for the work included in this contract and/or to protect said Contractor again loss in the event the Subcontractor shall default or fail to perform this contract or any separable part thereof, and said sums may be retained until satisfactory evidence is furnished the Contractor that all such claims have been fully satisfied.

"A Commitment to Excellence Since 1967"

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

General Contractors – C    truction Managers
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

---

The Subcontractor further agrees it as follows:

1.  The Subcontractor will commence work immediately upon notice to do so by POWERS & SONS CONSTRUCTION COMPANY, INC., and will prosecute the work until completion with such diligence as is practicable and as is necessary in the opinion of the Owner to enable the Contractor to fulfill the terms of the principal contractor with reference to time of completion.

2.  The Subcontractor will not sell, assign, sublet, transfer, or set-over this contract or any part thereof, or any interest therein, or any moneys to be due, or to become due therefrom, without the consent of the Contractor.

3.  The Subcontractor shall submit to contractor within five (5) days a schedule listing all items required to be furnished for review and approval action. This schedule shall indicate the approximate date when submittals will be made and the date of delivery after review action. That the Subcontractor will procure at their own expense compensation insurance and/or indemnity accident policy in a reliable insurance company or companies satisfactory to the Contractor, covering full compensation to any employees for any injuries or death under the Workmen's Compensation Act of the State in which the work is prosecuted, and protecting the Owner and the Contractor in case of accident to personnel employed on the building, themselves, and employees, or the public, and to furnish the said Contractor a certificate from the said policies to remain in full force and effect at all times until the complete performance on the part of the Subcontractor of this contract; and to indemnify the Owner and Contractor again all claims, demands, and damages, including costs and attorney's fees, in the event of suit arising from accident to persons or property occasioned by said Subcontractor or his employees.

**General Contractors –** **         nstruction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

**POWERS & SONS**
CONSTRUCTION COMPANY, INC

**The Insurance Requirements are as follows:**

| General Liability: | |
|---|---|
| Per Occurrence | $1,000,000 |
| Aggregate | $2,000,000 |
| Products Completed Operations | $2,000,000 |
| Automobile Liability | $1,000,000 |
| Excess Liability | $3,000,000 |
| Workers Compensation: | STATUTORY |
| Employers Liability | $1,000,000 |

**Additional Insured & Certificate Holder Required:**
1.   Powers and Sons Construction Co.
      2636 West 15th Avenue, Gary, IN 46404
2.   Wal-Mart Stores, Inc., its subsidiaries and affiliates
      2001 South East 10th Street, Bentonville, Arkansas 72716

<u>NOTES:</u>

1.   It must also reference the above-mentioned project description and contract number.
1.   Note on certificate that contractual liability is provided.
2.   Cancellation must state 30 days notification of cancellation.
3.   We are requiring both Powers & Sons Construction Company and Wal-Mart be named as certificate holders.

*"A Commitment to Excellence Since 1967"*



**General Contractors – C   truction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

CONSTRUCTION COMPANY, INC.

4. The Subcontractor further agrees to procure, at their own expense, public liability insurance in sufficient amounts to indemnify the Contractor from any claims, suits, and/or damages arising from accidents to persons or property during the period that their contract is in force.

5. The Subcontractor further agrees that they will have no dealings with anyone other than the Contractor in regard to additions, alterations, or deviations, in connection with this work.

6. The minority manpower requirements shall be 25% of all trades on the project. Subcontractor shall follow city of Niles hiring and minority requirements.

7. Subcontractor shall take precautions to observe and maintain conformance with OSHA safety requirements.

8. Contractor will schedule weekly project meetings the attendance of which shall be mandatory for all Subcontractors either currently working on side or expected on site within two (2) weeks of the scheduled meeting. Attendance is also mandatory for any Subcontractor requested to attend by the Project Manager.

    a. Subcontractor hereby agrees to accept a fine of $200.00 for each mandatory project meeting not attended by a minimum of Subcontractor's project manager. NOTE: Subcontractors not on site will be notified of the date of the meeting three weeks prior to date of 1st meeting, unless otherwise notified by Project Manager.

9. Daily clean up for Subcontractor shall be completed each and every day at the end of the scheduled workday. If the work site is left unclean, the General Contractor, without written notice, will clean the area and back charge the Subcontractor for clean up expense.

10. That, as guarantee of the faithful performance of his part of the contract, the Subcontractor agrees to furnish a corporate surety bond in a company satisfactory to the Contractor in the amount of N/A premiums on said bond to be paid by the Subcontractor herein.

Page 5 of 12

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

**General Contractors – C   truction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

11. That should any imperfect workmanship or material or other faults or defects appear in said building within time specified after the completion and acceptance of said work, and which in the sole judgment of the Owner and Architect arise out of improper materials or workmanship, the Subcontractor shall immediately after notice thereof, make good any such fault at his own expense and upon his default the Contractor may do said work and recover from the Subcontractor the cost thereof.

12. And it is further agreed that, if the Subcontractor shall fail to execute this Agreement according to its terms or shall default in the performance of any of the foregoing conditions, then and in that event the Contractor, by giving three (3) days notice in writing to the Subcontractor of its intentions, so to do, may terminate the Subcontractor's right to proceed with the work or any separable part thereof, and/or may enter upon the employ of other persons to finish said work by contract or otherwise, and/or do further acts as are reserved by the Owner in its principal contract with the Contractor.  It is further agreed by the Subcontractor as follows: proceed with the work or any separable part thereof, and/or may enter upon the employ of other persons to finish said work by contract or otherwise, and/or do further acts as are reserved by the Owner in its principal contract with the Contractor.

13. Should the Subcontractor refuse to start work promptly, neglect to supply a sufficient number of properly skilled workmen or sufficient materials of the proper quality, or fail in performance of any of the agreements herein contained, Contractor, without notice to Subcontractor, may provide any such labor or materials and deduct the cost from any money then due or thereafter to become due under this Sub-Contract; but if such expense and damage shall exceed such unpaid balance, Subcontractor shall pay the difference to Contractor and all attorney fees associated therewith.

14. Powers & Sons will not require Subcontractor to install equipment which violates ASTM and CPSC Safety guidelines.

15. Subcontractor agrees with the terms and conditions of the attached construction schedule, and will exercise due diligence in completing his portion of the work in coordination with the other trades.

"A Commitment to Excellence Since 1967"



**General Contractors – C    truction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

---

16. NON-ENGLISH SPEAKING WORKMEN: The Subcontractor agrees that should they provide non-english speaking workmen for this project at anytime, there must also be an English speaking translator for said worker(s) present on the project for the entire period that the non-English speaking worker(s) are on the project. Translator(s) must be identified with clear markings on their hard hats and/or clothing. The translator(s) must identify themselves immediately upon reporting to the jobsite to the Project Superintendent. If non-English speaking worker(s) are working in multiple areas and quick emergency communication is not practical in the sole opinion of the Project Superintendent, the Superintendent reserves the right to require an additional translator(s) be provided for the purpose of proper emergency communication.

17. CHANGES: This Subcontract may only be modified by a written document signed by both parties. Subcontractor expressly acknowledges that only the officers of the Contractor shall have authority to sign a change order or other modifications to this Subcontract. Agents, project managers, superintendents, foremen, or other employees of Contractor shall not have any authority to contractually bind Contractor and Subcontractor agrees that it shall <u>not</u> rely upon or accept any modifications to this Subcontract unless such modifications are in a written document signed by an officer of the Contractor.

   a. Subcontractor agrees that it will not perform any additional work unless it has received prior written approval from an officer of contractor. Said prior written approval by an officer of Contractor shall be an absolute condition precedent to any rights of Subcontractor to recover for any additional work. In the absence of such prior written approval by an officer of Contractor, any claims by the Subcontractor shall be deemed waived and forfeited, and shall not be valid for any purpose of recovery against the Contractor, its surety, or the Owner.

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

**General Contractors – C    truction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

18. CLAIMS: The Subcontractor agrees to make all claims for which the Contractor and the Owner may be jointly or severally liable in written form and in the same manner and time limitations as provided in the Contract between the Owner and the Contractor. In the event Subcontractor has any claim against the Contractor that cannot be asserted against the Owner, or if the Contract between the Owner and Contractor does not otherwise make provision for asserting any claims against the Owner or Contractor, then Subcontractor shall give written notice of any such claims to Contractor within fifteen (15) days of the date when the Subcontractor first knew, or reasonably should have known, of the facts given rise to the event for which claim is made.

    a. If a claim is timely filed, any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by binding arbitration administered by the American Arbitration Association under the Fast Track Procedure of the Construction Industry Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. Any such demand for arbitration must be filed within ninety (90) days of the date when the Subcontractor first knew, or reasonably should have known, of the facts giving rise to the event for which claim is made.

    b. If the Subcontractor fails to give timely written notice or fails to timely file a demand for arbitration, any such claims by the Subcontractor shall be deemed waived and forfeited, and shall not be valid for any purpose of recovery against the Contractor, its surety, or the Owner. In any arbitration, or in any other dispute resolution procedures relating to this Subcontract, the prevailing party shall recover its reasonable attorney fees and costs from the other party.

19. ONLY UNION LABOR: Subcontractor agrees that it and any of its lower-tiered Subcontractors working for or through Subcontractor will only employ labor pursuant to the applicable AFL-CIO building trades collective bargaining agreements that are in effect for the site of the Project and that they are signatory to all such collective bargaining agreements. Subcontractor shall, at its sole expense, indemnify, hold harmless, and defend Contractor and its surety from any liability arising from the failure of Subcontractor, or any of its lower-tiered Subcontractors working for or through Subcontractor, to comply with said obligations and/or the provisions of said collective bargaining agreements.

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

**General Contractors – C    truction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

20. SATISFACTION OF ALL CLAIMS AS TO SUBCONTRACTOR WORK: In the event the Contractor has reason to believe that labor, material, equipment or other obligations incurred in the performance of Subcontract work are not being paid by the Subcontractor (or any lower-tiered Subcontractor working for or through Subcontractor), or if any lien or bond claims are asserted or served on the Contractor by any person or entity in regard to Subcontractor work, then the Subcontractor shall not be entitled to any payment for Subcontract work until all such outstanding claims or other obligations asserted in regard to the Subcontract work are fully satisfied by the Subcontractor, and all such claims are finally released as to the Contractor, its surety and the Owner. Contractor shall further be entitled to retain out of any payments due or to become due to the Subcontractor a reasonable amount to protect and fully reimburse the Contractor for any and all loss, damage or expense, additional overhead and administrative costs, including attorney's fees and other costs arising out of or relating to any such claim or lien until the claim or lien has been satisfied by the Subcontractor.

21. PAYMENT: Contractor shall not be obligated to pay any portion of the Subcontractor's current payment application until the amount for the Subcontract work requested by the Subcontractor, as incorporated into Contractor's payment application to the Owner, is accepted by the Owner and funds therefore are paid from the Owner to the Contractor. Thus, Contractor's receipt of payment from the Owner for Subcontractor's work is an absolute condition precedent to all obligations of Contractor to pay Subcontractor, and Subcontractor is assuming the entire risk of the failure and/or refusal of the Owner to pay for the Subcontract work. Notwithstanding anything herein to the contrary, Contractor shall not be obligated to make final payment until Subcontractor has completed all of the Subcontract work and all items listed on any punch list(s) that relate to the Subcontract work.

"A Commitment to Excellence Since 1967"

**POWERS & SONS**
CONSTRUCTION COMPANY INC.

General Contractors – C    truction Managers
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

a. The Subcontractor, and each of its officers, directors, shareholders, employees, successors or assigns, who receive any payments or distributions from the Contractor or any person in regard to the Subcontract work shall hold such payments or distributions as a trustee upon the express trust and fiduciary duty hereby established and acknowledged for the benefit of Contractor, its surety, the Owner, and all laborers, material men, equipment or other components incorporated into the performance of the Subcontract work. The Subcontractor, and each of its officers, directors, shareholders, employees, successors and assigns, who receive or have the right to control such payments or distributions shall be under a continuing duty to account for such matters, and only use such funds for the purpose of first paying those expenses and costs of the Subcontract work that if unpaid could give rise to a claim for lien against the Owner's property, the funds due from the Owner to the Contractor, or against any bond given by the Contractor and its surety to the Owner in regard to the Subcontract work. Any person receiving or controlling the payment delivered to the Subcontractor shall be jointly and severally liable to the Contractor, its surety and the Owner for all breaches of such trust, or other acts of fiduciary malfeasance or misfeasance in regard to the accounting or application and payment of such funds.

22. TIME: Time is of the essence as to all time periods and dates set forth in this Subcontract.

23. DELAY DAMAGES: If the Contract between Contractor and the Owner provides for liquidated or other damages for delay beyond the completion date set forth in the Contract, and such damages are assessed by the Owner against the Contractor, then the Contractor may assess such damages against the Subcontractor in proportion to its share of the responsibility for such delay and damage. For purposes of establishing any such delay caused by the Subcontractor, the Subcontractor acknowledges and represents that Contractor has provided.



**General Contractors – C   truction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

a.  Subcontractor with a schedule for construction operations that sets forth the period in which the Subcontract work is to be performed and completed, and Subcontractor agrees that it will begin and finish the Subcontract work in accordance with Contractor's construction schedule. Subcontractor's failure to either begin or finish the Subcontract work on the dates established in Contractor's construction schedule shall be presumptive of the fact that Subcontractor has caused a delay in the Subcontract work for at least the number of days beyond the start or finish dates set forth in such schedule. The assessment and allocation of liquidated or other damages to the Subcontractor hereunder, and as imposed under the Contract between the Contractor and the Owner, shall not constitute a waiver or election by the Contractor as to any rights, claims or damages that the Contractor may have against the Subcontractor for any delay in the performance of the Subcontract work. The assessment and allocation of such liquidated damages to the Subcontractor shall merely be one component of the damages that Contractor may otherwise be entitled to recover from the Subcontractor in the event of any delays caused by the Subcontractor in the performance of the Subcontract work.

24. CONTRACTOR REMEDIES FOR SUBCONTRACTOR NON-PERFORMANCE: If Subcontractor fails or ceases to perform any obligations required under this Subcontract, or otherwise fails to satisfactorily complete the Subcontract, then in addition to any other right or remedy provided by this Subcontract or applicable law, the Contractor shall be entitled to recover from Subcontract as damages for the breach of this Subcontract, all direct, indirect and consequential costs and expenses incurred by the Contractor as a result of the Subcontractor's breach or lack of performance under this Subcontract, including the Contractor's reasonable attorney's fees, costs and other charges or expenses expended or incurred in the course of litigation or other action taken to protect the Contractor's interest under this Subcontract and to enforce performance of the Subcontractor's obligations and completion of the Subcontract work. In addition to such damages the Contractor shall also be entitled to recover from the Subcontractor prejudgment interest at the rate of One and One-half percent (1.5%)per month compounded daily on all funds expended by the Contractor in the course of seeking, correcting, or obtaining the performance of any obligation of Subcontractor under this Subcontract, including but not limited to, any funds expended to settle, resolve, or dispose of any liens or claims filed against the interest of the Contractor, its surety, or the Owner, by any laborer, material men, supplier, or Subcontractor of the Subcontractor in regard to the Subcontract work.

**POWERS & SONS**
**CONSTRUCTION COMPANY, INC.**

**General Contractors – C    truction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

25. GOVERNING LAW:  This Subcontract shall be governed by and interpreted in accordance with the laws of the State in which the Project is located.

26. INTEGRATION CLAUSE:  This Subcontract sets forth the entire agreement of the parties for the Project, prior oral or written agreements notwithstanding.

27. TAX EXEMPT STATUS:  This project ☐ is/ ☒ is not tax exempt.

28. ACCEPTANCE CLAUSE:  Acceptance of this contract is assumed if not returned to writer within 10 days from date of issue (no payments will be issued unless signed contract is on file).  Beginning work or delivery after receipt of the same also constitutes acceptance.

This Agreement shall be binding upon and insure to the benefits of the respective heirs, executors, administrators, successors and assign of parties hereto.

POWERS & SONS CONSTRUCTION COMPANY, INC.          MIA Plumbing

By: _____                    By: _____
    Mamon Powers, Jr.

ITS _President_____                    ITS _President_____

ATTEST: _____                     ATTEST: _____
        Dan O'Laughlin

# Powers & Sons Constr. .ion Company

**TRANSMITTAL**

**No. 00014**

2036 West 15th Avenue
Gary, IN 46404-2195

**Phone:** 219/949-3100
**Fax:** 219/949-5906

**PROJECT:** Wal-Mart Store Number 3725

**DATE:** 10/24/05

**TO:**   MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194

**PROJECT NO.**   5018

**REF:**   Fully Executed Contract Number
5018-003 for Projec

**ATTN:**   Mike Savich

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| Shop Drawings | Approval | Approved as Submitted |
| Letter | ✔ Your Use | Approved as Noted |
| Prints | As Requested | Returned After Loan |
| Change Order | Review and Comment | Resubmit |
| Plans | | Submit |
| Samples | **SENT VIA:** | Returned |
| Specifications | ✔ Attached | Returned for Corrections |
| ✔ Other:  Contract | Separate Cover Via:  Mail | Due Date: |

| ITEM | PACKAGE | SUBMITTAL | DRAWING | REV. | ITEM NO. | COPIES | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| LTR | | | | 1 | | 1 | 10/11/05 | Fully Executed Contract Number 5018-003 for Project | NEW |

CC: File

Signed: _____

Dan O'Laughlin

# Exhibit B

# Powers & Sons Construction Company

**CHANGE ORDER**

**No. 00001**

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**TITLE:** Roof Drain Rework - WM PCOB #8

**DATE:** 1/11/06

**PROJECT:** Wal-Mart Store Number 3725

**JOB:** 5018

**TO:** MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194
Phone: 847.843.0712  Fax: 847.843.0732

**CONTRACT NO:** 5018-003

Attn: Mike Savich

## DESCRIPTION OF CHANGE

Reason for Change: Unforseem condition.

Powers & Sons PCO #: 8
Owner's Change Order #: N/A
Not in Original Scope: N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|-----------|-----------|
| 00001 | Furnish all necessary labor, equipment, and supervision for the rework of the roof drain per RFI #28. | 1.000 | $2,330.00 | $2,330.00 |
| | | **Total:** | | **$2,330.00** |

| | |
|---|---|
| The Original Contract Sum was | $404,000.00 |
| Net Change by Previously Authorized Requests and Changes | $0.00 |
| The Contract Sum Prior to This Change Order was | $404,000.00 |
| The Contract Sum Will be Increased | $2,330.00 |
| The New Contract Sum Including This Change Order | $406,330.00 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

MIA Plumbing

By: _____
Mike Savich
Date: 1/17/06

By: _____
Slobodan Stojanovic
Date: 1/17/06

Powers & Sons Construction Company

By: _____
Mamon Powers Jr.
Date: 1/20/06

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery after receipt of the same constitutes acceptance.

# POWERS & SONS

**CONSTRUCTION COMPANY, INC.**

## General Contractors – Construction Managers

| | |
|---|---|
| **JOBSITE** | **OFFICE** |
| 8500 West Golf Road  Niles, IL 60714 | 2636 West 15th Avenue. Gary, IN 46404 |
| Phone: (847) 966-7327 Fax: (847) 966-7198 | Phone: (219) 949-3100 Fax: (219) 949-5906 |

# Facsimile
## TRANSMITTAL

To:      MIKE SAVICH                          Co:     MIA PLUMBING

Fax #:  847-843-0732                          Project: WAL-MART NILES #3725-00

From:   ELE GEDREMENC

Re:     OUTSTANDING PCOB'S

Date:   12-27-05

Pages: __1__ including this coversheet

**Message:**

Mike – I need the subcontractor summary for PCOB #8. I also need a quote on letterhead for this PCOB. I need this information immediately. It is holding up the Change Order Process.

PCOB #8 – Rework roof drain per RFI #28.

**CONFIDENTIALITY NOTICE**

The documents accompanying this telecopy transmission contain confidential information. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is not permissible. If you have received this telecopy in error, please immediately notify us by telephone at the number above to arrange for the return of the original documents. Thank you.

* IF YOU HAVE ANY TRANSMISSION PROBLEMS, PLEASE CALL OUR OFFICE AT 219/949-3100.

OPERATOR

BROADCAST REPORT

```
TIME   : 12/27/2005 14:28
NAME   :
FAX    :
TEL    :
SER.#  : 000D5J236103
```

| PAGE(S) | 01 |
|---------|----|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|------|------|--------------|----------|---------|--------|---------|
| 12/27 | 14:27 | 918478430732 | 38 | 01 | OK | |
| 12/27 | 14:28 | 918479667198 | 13 | 01 | OK | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
PC  : PC-FAX
```

# Powers & Sons Construction Company

**CHANGE ORDER**

No. 00002

2636 West 15th Avenue
Gary, IN 46404

Phone: (219) 949-3100
Fax: (219) 949-5906

**TITLE:** Back Charge for Plates

**DATE:** 1/19/06

**PROJECT:** Wal-Mart Store Number 3725

**PROJECT NUMBER:** 5018

**TO:** Attn: Mike Savich
MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194
Phone: 847.843.0712   Fax: 847.843.0732

**CONTRACT NO:** 5018-003

## DESCRIPTION OF CHANGE

Reason for Change: Back charge to subcontractor. Subcontractor could not get material, agreed to have Powers & Sons supply

Powers & Sons PCO #: N/A
Owner's Change Order #: N/A
Not in Original Scope: N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Units | Unit Price | Tax Rate | Tax Amount | Net Amount |
|------|-------------|----------|-------|------------|----------|------------|------------|
| 00001 | Powers and Sons agreed to supply MIA plumbing with material needed during demolition and installation in existing space. MIA has agreed to accept the back charge for the material. | 1.000 | | ($1,851.85) | 0.00% | $0.00 | ($1,851.85) |

|  |  |
|---|---|
| Unit Cost: | ($1,851.85) |
| Unit Tax: | $0.00 |
| **Unit Total:** | **($1,851.85)** |

| | |
|---|---|
| The Original Contract Sum was | $404,000.00 |
| Net Change by Previously Authorized Requests and Changes | $2,330.00 |
| The Contract Sum Prior to This Change Order was | $406,330.00 |
| The Contract Sum Will be Decreased | ($1,944.44) |
| The New Contract Sum Including This Change Order | $404,385.56 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

ACCEPTED:

MIA Plumbing

By: _____

Date: 1/27/06

Mike Savich

Powers & Sons Construction Company

By: _____

Mamon Powers Jr.

Date: _____

By: _____

Date: _____

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

Phone: (219) 949-3100
Fax: (219) 949-5906

## CHANGE ORDER
No. 00002

| | | |
|---|---|---|
| **TITLE:** Back Charge for Plates | | **DATE:** 1/19/06 |
| **PROJECT:** Wal-Mart Store Number 3725 | | **PROJECT NUMBER:** 5018 |
| **TO:** Attn: Mike Savich | | **CONTRACT NO:** 5018-003 |

TO:   Attn: Mike Savich
      MIA Plumbing
      595 Woodlawn Street
      Hoffman Estate, IL 60194
      Phone: 847.843.0712   Fax: 847.843.0732

### DESCRIPTION OF CHANGE

| Description | Markup Percent | Markup Amount |
|---|---|---|
| Admin Fee | 5.000% | ($92.59) |
| | **Total Cost:** | **($1,944.44)** |

| | |
|---|---|
| The Original Contract Sum was | $404,000.00 |
| Net Change by Previously Authorized Requests and Changes | $2,330.00 |
| The Contract Sum Prior to This Change Order was | $406,330.00 |
| The Contract Sum Will be Decreased | ($1,944.44) |
| The New Contract Sum Including This Change Order | $404,385.56 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

| MIA Plumbing | Powers & Sons Construction Company | |
|---|---|---|
| By: _____ | By: _____ | By: _____ |
| Mike Savich | Mamon Powers Jr. | |
| Date: _____ | Date: 1/31/00 | Date: _____ |

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery after receipt of the same constitutes acceptance.

**United Rentals**
Highway Technologies

880 NORTH ADDISON ROAD
VILLA PARK, IL 60181
993-1800

4 WEEK BILLING INVOICE

**Job Site**

POWERS & SONS CONSTRUCTION INC
8500 GOLF RD
XST- MILWAUKEE
NILES, IL 60714
C#: 219-949-3100  J#: 219-949-3100

**Customer**

POWERS & SONS CONSTRUCTION INC
2636 WEST 15TH AVENUE
GARY, IN 46404

Customer #...: 92766
Invoice #....: 52786453-001
Invoice date: 12/26/05
Date out....: 11/30/05    4:44 PM
Billed thru: 12/28/05

Job Loc....: 8500 GOLF RD, NILES
Job No.....: 7 - POWERS & SONS CO
P.O. #.....: 8500 GOLF RD
Ordered By: TOM 773-851-5114
Written By: CYCLE BILL
Salesperson: 5805
Terms......: Net 20 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS HIGHWAY TECHNOLOGIES, INC
33946 TREASURY CENTER
CHICAGO, IL 60694-6300

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 6 | ROAD PLATE 5X8 | 9.00 | 9.00 | 63.00 | 252.00 | 1512.00 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | HTG FR SH DEL | MCI | EA | 173.250 | 173.25 |
|   | DELIVERY CHARGES SHORING (HTG) | | | | |

Sub-total:    1685.25
Total:    1685.25

BILLED FOR FOUR WEEKS 11/30/05 THRU 12/28/05  04:44 PM
RENTAL PROTECTION DECLINED

POSTED
1-13



JAN

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: *THE RENTAL PROTECTION PLAN IS NOT INSURANCE! Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge, equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page including Customer's negligence.    **Customer Accepts** (     )    **Customer Declines** (     )

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays; (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the ...TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals
## Highway Technologies

PRO NORTH ADDISON ROAD
WOOD DALE, IL 60191
0-932-4600

# PAR PALE RETURN INVOICE
Page: 1

**Job Site**

POWERS & SONS CONSTRUCTION INC
8500 GOLF RD
XST: MILWAUKEE
NILES, IL 60714
C#: 219-949-3100 J#: 219-949-3100

**Customer**

POWERS & SONS CONSTRUCTION INC
2636 WEST 15TH AVENUE
GARY, IN 46404

| | |
|---|---|
| Customer.......: | 92766 |
| Invoice #.....: | 52786453-002 |
| Invoice date...: | 12/29/05 |
| Date out.......: | 11/30/05    4:44 PM |
| Date in........: | 12/28/05   11:17 AM |
| Last billed....: | 12/28/05 |
| Job Loc........: | 8500 GOLF RD, NILES |
| Job No.........: | 7 - POWERS & SONS CO |
| P.O. #.........: | 8500 GOLF RD |
| Ordered by.....: | TOM 773-831-5114 |
| Written by.....: | WRT22AB |
| Salesperson....: | 5806 |
| Terms..........: | Net 30 Days |

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS HIGHWAY TECHNOLOGIES, INC
33946 TREASURY CENTER
CHICAGO, IL 60694-6300

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 4 | ROAD PLATE 5X8 | 9.00 | 9.00 | 63.00 | 252.00 | N/C |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | HTG FR SH PU | MCI | EA | 166.600 | 166.60 |
|   | PICKUP CHARGES SHORING (HTG) | | | | |

Sub-total: 166.60
Total: 166.60

Billing period: 12/28/05 04:44 PM THRU 12/28/05 11:17 AM.
RENTAL PROTECTION DECLINED



JAN 5

POSTED
H3

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, including hazardous materials, and related administrative costs. This is not a government-mandated charge.
*FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.       Customer Accepts (  )              Customer Declines (  )

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel on delivery; (2) Optional Rental Protection Plan charge at 14% of the total rental charge for covered equipment (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays; (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, 2. ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X_____
| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

# CHANGE ORDER
# No. 00003

| | |
|---|---|
| **TITLE:** UNFORSEEN FOOTING - RFI #35 | **DATE:** 2/6/06 |
| **PROJECT:** Wal-Mart Store Number 3725 | **JOB:** 5018 |
| **TO:.** MIA Plumbing | **CONTRACT NO:** 5018-003 |

MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194
Phone: 847.843.0712  Fax: 847.843.0732

Attn: Mike Savich

## DESCRIPTION OF CHANGE

Reason for Change:  Unforseen condition.

Powers & Sons PCO #:  9
Owner's Change Order #:  N/A
Not in Original Scope:  N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|
| 00001 | Remove unforseen footing per RFI #35. | 1.000 | $7,475.00 | $7,475.00 |
| | | | **Total:** | **$7,475.00** |

| | |
|---|---|
| The Original Contract Sum was | $404,000.00 |
| Net Change by Previously Authorized Requests and Changes | $385.56 |
| The Contract Sum Prior to This Change Order was | $404,385.56 |
| The Contract Sum Will be Increased | $7,475.00 |
| The New Contract Sum Including This Change Order | $411,860.56 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

## ACCEPTED:

MIA Plumbing

By: _____
Mike Savich

Date: 2/13/06

By: _____

Date: 2/13/06

Powers & Sons Construction Company

By: _____
Mamon Powers Jr.

Date: 2/22/06

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue.  Beginning work or delivery after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

8500 Golf Road
Niles, IL  60714

**Phone:** 847.966.7327
**Fax:** 847.966.7198

**TRANSMITTAL**

**No. 00122**

**PROJECT:** Wal-Mart Store Number 3725

**DATE:** 2/6/06

**TO:**  MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL  60194

**PROJECT NO.**   5018

**REF:**   Change Order Number 3 for
Approval

**ATTN:**   Mike Savich

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| Shop Drawings | ✔ Approval | Approved as Submitted |
| Letter | Your Use | Approved as Noted |
| Prints | As Requested | Returned After Loan |
| ✔ Change Order | ✔ Review and Comment | Resubmit |
| Plans | | Submit |
| Samples | **SENT VIA:** | Returned |
| Specifications | ✔ Attached | Returned for Corrections |
| Other:  Change Order | Separate Cover Via:   Mail | Due Date: |

| ITEM | PACKAGE | SUBMITTAL | DRAWING | REV. | ITEM NO. | COPIES | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| CO | | | | | 1 | 2 | 2/6/06 | Change Order for Approval | NEW |

PLEASE FORWARD BOTH SIGNED COPIES OF THE CHANGE ORDER BACK TO OUR OFFICE.

WE WILL THEN FORWARD YOU A FULLY EXECUTED COPY OF THE CHANGE ORDER.

THANK YOU.

CC: File

Signed: _____
Ele Gedremenc

Expedition ©

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

Phone: (219) 949-3100
Fax: (219) 949-5906

**CHANGE ORDER**

**No. 00004**

**TITLE:**   Re-Work of Sump Pan Frames

**PROJECT:** Wal-Mart Store Number 3725

**TO:**       Attn: Mike Savich
MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194
Phone: 847.843.0712  Fax: 847.843.0732

**DATE:** 7/5/06

**PROJECT NUMBER:** 5018

**CONTRACT NO:** 5018-003

## DESCRIPTION OF CHANGE

Reason for Change:  Back Charge to MIA - Furnished incorrect template.

Powers & Sons PCO #:  N/A
Owner's Change Order #:  N/A
Not in Original Scope: N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Units | Unit Price | Tax Rate | Tax Amount | Net Amount |
|------|-------------|----------|-------|-----------|----------|-----------|-----------|
| 00001 | Cost for all erection to refabricate 10 sump pan frames due to wrong template provided by MIA. | 1.000 | | ($3,220.00) | 0.00% | $0.00 | ($3,220.00) |

|  |  |
|---|---|
| Unit Cost: | ($3,220.00) |
| Unit Tax: | $0.00 |
| **Unit Total:** | **($3,220.00)** |

| | |
|---|---|
| The Original Contract Sum was | $404,000.00 |
| Net Change by Previously Authorized Requests and Changes | $7,860.56 |
| The Contract Sum Prior to This Change Order was | $411,860.56 |
| The Contract Sum Will be Decreased | ($3,381.00) |
| The New Contract Sum Including This Change Order | $408,479.56 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

MIA Plumbing

Powers & Sons Construction
Company

By: _____      By: _____      By: _____
Mike Savich            Mamon Powers Jr.

Date: _____      Date: _____      Date: _____

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue.  Beginning work or delivery after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

Phone: (219) 949-3100
Fax: (219) 949-5906

**CHANGE ORDER**

**No. 00004**

**TITLE:**   Re-Work of Sump Pan Frames

**PROJECT:** Wal-Mart Store Number 3725

**TO:**   Attn: Mike Savich
MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL  60194
Phone: 847.843.0712  Fax: 847.843.0732

**DATE:** 7/5/06

**PROJECT NUMBER:** 5018

**CONTRACT NO:**5018-003

## DESCRIPTION OF CHANGE

| Description | Markup Percent | Markup Amount |
|---|---|---|
| Admin Fee | 5.000% | ($161.00) |
| | **Total Cost:** | **($3,381.00)** |

| | |
|---|---|
| The Original Contract Sum was | $404,000.00 |
| Net Change by Previously Authorized Requests and Changes | $7,860.56 |
| The Contract Sum Prior to This Change Order was | $411,860.56 |
| The Contract Sum Will be Decreased | ($3,381.00) |
| The New Contract Sum Including This Change Order was | $408,479.56 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

| MIA Plumbing | Powers & Sons Construction Company | |
|---|---|---|
| By: _____ | By: _____ | By: _____ |
| Mike Savich | Mamon Powers Jr. | |
| Date: _____ | Date: _____ | Date: _____ |

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue.  Beginning work or delivery after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

8500 Golf Road
Niles, IL 60714

Phone: 847.966.7327
Fax: 847.966.7198

**TRANSMITTAL**

**No. 00446**

**PROJECT:** Wal-Mart Store Number 3725

**TO:** M1A Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194

**DATE:** 7/5/06

**PROJECT NO.** 5018

**REF:** Change Order Number 4 for Approval

**ATTN:** Mike Savich

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| Shop Drawings | ✓ Approval | Approved as Submitted |
| Letter | Your Use | Approved as Noted |
| Prints | As Requested | Returned After Loan |
| ✓ Change Order | ✓ Review and Comment | Resubmit |
| Plans | | Submit |
| Samples | **SENT VIA:** | Returned |
| Specifications | ✓ Attached | Returned for Corrections |
| Other: Change Order | Separate Cover Via: Mail | Due Date: |

| ITEM | PACKAGE | SUBMITTAL | DRAWING | REV. | ITEM NO. | COPIES | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| CO | | | | 1 | | 2 | 7/5/06 | Change Order for Approval | NEW |

PLEASE FORWARD BOTH SIGNED COPIES OF THE CHANGE ORDER BACK TO OUR OFFICE.

WE WILL THEN FORWARD YOU A FULLY EXECUTED COPY OF THE CHANGE ORDER.

THANK YOU.

CC: File

Signed: _____

Ele Gedremenc

Expedition ®

```
SC.4                              ** Subcontract Inquiry **              Date:07/05/2006
Company: Al POWERS & SONS CONSTRUCTION CO.                               Page: 1
------------------------------------------------------------------------------------
Job Number:    5018 Wal-Mart Store Number 372        Original Amount:     404,000.00
Vendor No.:  MIAPLU MIA PLUMBING                     Changeorder Amt:       4,479.56
P/O Number:    5018-0003                             Total Contract :     408,479.56
------------------------------------------------------------------------------------
            ----------------------Invoice--------------------  ----------Contract To Date----------
Task    Number    Date    Amount    Retn   Payments   Invc'd    Retn   Payments  To Compl
-----------------------------------------------------------------------------------------------
15-    100  MIA PLUMBING                                                                  404000
       5018-1 12/21/05    125000    2861    122139    125000    2861    122139     279000
       5018-2 12/28/05     46500    4650     41850    171500    7511    163989     232500
       5018-3 03/03/06      7361     736      6625    178861    8247    170613     225139
       5018-4 04/10/06    145000       0    145000    323861    8247    315613      80139

15-    100  MIA PLUMBING, Change Order Number 003                                           7475

15-    100  MIA PLUMBING, Change Order Number 01                                            2330

15-    100  MIA PLUMBING, Change Order Number 02                                            1944-

15-    100  MIA PLUMBING, Change Order Number 04                                            3381-

                        ** Job Totals **           323861    8247    315613      84619
```

| CAZ Recvd | MP/CP Review Expediting Date 6-13 | CAZ (Exped) Expediting Date | PM's Review Initials/Date | Wanda's CAZE/NC-9Rpts | CAZ Trans/Mai |
|---|---|---|---|---|---|
| 6-23 | 6-7's | 6-7's | 6-23 | 6-7's | 6-3-7's |
| CAZ Sent | Proceed | Not Okay | Not Okay | Not Okay | Not Okay |
| 6-23 | Not Okay | | | | |

**Title:** REWORK OF SUMP PAN FRAMES     **MIKE SAVICH**
(30 Characters)        **Contact:**

# CHANGE ORDER ENTRY # 4

Send Backup: ___ Y
___ N

Project #:    5018 · 608       Date:     6-20-2006
Project Name:   Wal-Mart Niles #3725-00     Contractor:   MIA PLUMBING

The subcontractor is hereby directed to all applicable provisions of the contract documents, to make the following change(s):

COST FOR ALL ERECTION TO REFABRICATE 10 SUMP PAN FRAMES DUE TO WRONG TEMPLATE PROVIDED BY MIA

**Reason for Change:**   Back charge to MIA – FURNISHED INCORRECT TEMPLATE

Powers & Sons PCO#: _____

Owners's Change Order #: _____

Not in Original Scope: _____

Contract Will Be ~~(Increased)~~ (Decreased) ~~(Unchanged)~~ By This Change Order

$ 3,220.00

Contract Time Will ~~(Increased) (Decreased)~~ (Unchanged) By: _____

Approved by Powers & Sons Construction
       Company, Inc.

By: _____

Date: _____



Cidmin fee
161.00

# Powers & Sons Construction Company

**CHANGE ORDER**

**No. 00005**

2636 West 15th Avenue
Gary, IN 46404

Phone: (219) 949-3100
Fax: (219) 949-5906

**TITLE:**   BC: Removal & Replacement Of Water

**DATE:** 8/16/06

**PROJECT:** Wal-Mart Store Number 3725

**PROJECT NUMBER:** 5018

**TO:**   Attn: Mike Savich
MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL  60194
Phone: 847.843.0712  Fax: 847.843.0732

**CONTRACT NO:** 5018-

*FILE*

## DESCRIPTION OF CHANGE

Reason for Change:  Back Charge MIA

Powers & Sons PCO #:  N/A
Owner's Change Order #:  N/A
Not in Original Scope:  N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Units | Unit Price | Tax Rate | Tax Amount | Net Amount |
|------|-------------|----------|-------|-----------|----------|-----------|-----------|
| 00001 | Removed and replaced 6" water service at back of building from the main just east of W-4 to just north of VB#2 | 1.000 | | ($20,408.75) | 0.00% | $0.00 | ($20,408.75) |

|  |  |
|---|---|
| Unit Cost: | ($20,408.75) |
| Unit Tax: | $0.00 |
| **Unit Total:** | **($20,408.75)** |

| | |
|---|---|
| The Original Contract Sum was | $404,000.00 |
| Net Change by Previously Authorized Requests and Changes | $4,479.56 |
| The Contract Sum Prior to This Change Order was | $408,479.56 |
| The Contract Sum Will be Decreased | ($21,429.19) |
| The New Contract Sum Including This Change Order is | $387,050.37 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

## ACCEPTED:

| **MIA Plumbing** | **Powers & Sons Construction Company** | |
|---|---|---|
| By: _____ | By: _____ | By: _____ |
| Mike Savich | Mamon Powers Jr. | |
| Date: _____ | Date: _____ | Date: _____ |

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue.  Beginning work or delivery after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

Phone: (219) 949-3100
Fax: (219) 949-5906

**CHANGE ORDER**

**No. 00005**

| | |
|---|---|
| **TITLE:** BC: Removal & Replacement Of Water | **DATE:** 8/16/06 |
| **PROJECT:** Wal-Mart Store Number 3725 | **PROJECT NUMBER:** 5018 |
| **TO:**    Attn: Mike Savich | **CONTRACT NO:** 5018-003 |

TO:    Attn: Mike Savich
       MIA Plumbing
       595 Woodlawn Street
       Hoffman Estate, IL 60194
       Phone: 847.843.0712  Fax: 847.843.0732

**DESCRIPTION OF CHANGE**

| Description | Markup Percent | Markup Amount |
|---|---|---|
| Admin Fee | 5.000% | ($1,020.44) |
| | **Total Cost:** | **($21,429.19)** |

| | |
|---|---|
| The Original Contract Sum was | **$404,000.00** |
| Net Change by Previously Authorized Requests and Changes | **$4,479.56** |
| The Contract Sum Prior to This Change Order was | **$408,479.56** |
| The Contract Sum Will be Decreased | **($21,429.19)** |
| The New Contract Sum Including This Change Order | **$387,050.37** |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

| MIA Plumbing | Powers & Sons Construction Company | |
|---|---|---|
| By: _____ | By: _____ | By: _____ |
| Mike Savich | Mamon Powers Jr. | |
| Date: _____ | Date: _____ | Date: _____ |

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue.  Beginning work or delivery after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**TRANSMITTAL**

**No. 00490**

---

**PROJECT:** Wal-Mart Store Number 3725

**TO:**  MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194

**DATE:** 8/18/06

**PROJECT NO.** 5018

**REF:** Change Order No. 5 for Approval

**ATTN:** Mike Savich

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| Shop Drawings | ✔ Approval | Approved as Submitted |
| Letter | Your Use | Approved as Noted |
| Prints | As Requested | Returned After Loan |
| ✔ Change Order | ✔ Review and Comment | Resubmit |
| Plans | | Submit |
| Samples | SENT VIA: | Returned |
| Specifications | ✔ Attached | Returned for Corrections |
| Other: | Separate Cover Via: | Due Date: |

| ITEM | PACKAGE | SUBMITTAL | DRAWING | REV. | ITEM NO. | COPIES | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 8/18/06 | | Change Order No. 5 for Approval | NEW |

PLEASE FORWARD BOTH SIGNED COPIES OF THE CHANGE ORDER BACK TO OUR OFFICE.

WE WILL THEN FORWARD YOU A FULLY EXECUTED COPY OF THE CHANGE ORDER.

THANK YOU.

**CC:**

**Signed:** _____

Mamon Powers Jr.

Expedition ®

Company: A1 POWERS & SONS CONSTRUCTION CO.                                   Page: 1

---

Job Number:    5018 Wal-Mart Store Number 372           Original Amount:     404,000.00
Vendor No.:   MIAPLU MIA PLUMBING                        Changeorder Amt:      16,949.63-
P/O Number:     5018-0003                             Total Contract :     387,050.37

---

| Task | Number | Date | Invoice Amount | Retn | Payments | Invc'd | Contract To Date Retn | Payments | To Compl |
|------|--------|------|--------|------|----------|--------|------|----------|----------|
| 15- | 100 | MIA PLUMBING | | | | | | | 404000 |
| | 5018-1 | 12/21/05 | 125000 | 2861 | 122139 | 125000 | 2861 | 122139 | 279000 |
| | 5018-2 | 12/28/05 | 46500 | 4650 | 41850 | 171500 | 7511 | 163989 | 232500 |
| | 5018-3 | 03/03/06 | 7361 | 736 | 6625 | 178861 | 8247 | 170613 | 225139 |
| | 5018-4 | 04/10/06 | 145000 | 0 | 145000 | 323861 | 8247 | 315613 | 80139 |
| 15- | 100 | MIA PLUMBING, Change Order Number 003 | | | | | | | 7475 |
| 15- | 100 | MIA PLUMBING, Change Order Number 01 | | | | | | | 2330 |
| 15- | 100 | MIA PLUMBING, Change Order Number 02 | | | | | | | 1944- |
| 15- | 100 | MIA PLUMBING, Change Order Number 04 | | | | | | | 3381- |
| 15- | 100 | MIA PLUMBING, Change Order Number 05 | | | | | | | 21429- |
| | | ** Job Totals ** | | | | 323861 | 8247 | 315613 | 63190 |

Merryman Excavation
1501 Lamb Road
Woodstock, IL 60098
Ph : 815.337.1700

## Change Request

To: Ele Gedremenc
    Powers & Sons Const.
    2636 West 15th Avenue
    Gary, IN
    Ph: (847)966-7327  Fax: (847)966-7198

Number: 4a
Date: 8/9/06
Job: 06-ME464  Walmart - Niles
Phone:

**Description:** Remove and Replace 6" Water

Reason: Change In Scope

We are pleased to offer the following specifications and pricing to make the following changes:

Remove and replace 6" water service at the back of the building from the main just east of VV-4  to just north of V.B. #2.

Not responsible for restoration concrete, asphalt, or landscape.

| Description | Quantity | Unit | Unit Price | Price |
|---|---|---|---|---|
| Water 6" C900 service | 270.00 | lf | $32.90 | $8,883.00 |
| Water 6" service removal | 270.00 | lf | $10.85 | $2,929.50 |
| Water trench backfill | 225.00 | cyd | $6.45 | $1,451.25 |
| Water 2" tapping valve and copper pipe to fill new 6" | 1.00 | ls | $2,645.00 | $2,645.00 |
| Water cut in 6" X 6" tee | 2.00 | ea | $2,250.00 | $4,500.00 |
| | | | Subtotal: | $20,408.75 |

|  |  |
|---|---|
| Subtotal: | $20,408.75 |
| Total: | $20,408.75 |

INTERNAL
BACK CHARGE MIA

If you have any questions, please contact me at .

Submitted by:  Greg Penza
               MERRYMAN EXCAVATION, INC.

Approved by: _____
Date: _____

Page 1 of 1

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**CHANGE ORDER**
**No. 00006**

**TITLE:** Backcharge for insulation storm sew

**DATE:** 9/13/06

**PROJECT:** Wal-Mart Store Number 3725

**JOB:** 5018

**TO:** MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194
Phone: 847.843.0712 Fax: 847.843.0732

**CONTRACT NO:** 5018-003

Attn: Mike Savich

## DESCRIPTION OF CHANGE

Powers & Sons PCO #: N/A
Owner's Change Order #: N/A
Not in Original Scope: N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|------------|------------|
| 00001 | Back charge from sunray - insulate storm sewer pipe | 1.000 | ($7,170.00) | ($7,170.00) |
| | | | **Total:** | **($7,170.00)** |

| | |
|---|---|
| The Original Contract Sum was | $404,000.00 |
| Net Change by Previously Authorized Requests and Changes | ($16,949.63) |
| The Contract Sum Prior to This Change Order was | $387,050.37 |
| The Contract Sum Will be Decreased | ($7,170.00) |
| The New Contract Sum Including This Change Order | $379,880.37 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

| MIA Plumbing | | Powers & Sons Construction Company |
|---|---|---|
| **By:** _____ | **By:** _____ | **By:** _____ |
| Mike Savich | | Mamon Powers Jr. |
| **Date:** _____ | **Date:** _____ | **Date:** _____ |

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

**TRANSMITTAL**

**No. 00512**

6500 Golf Road
Niles, IL 60714

**Phone:** 847.966.7327
**Fax:** 847.966.7198

**PROJECT:** Wal-Mart Store Number 3725

**DATE:** 9/13/06

**TO:**   MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194

**PROJECT NO.**   5018

**REF:**   Change Order Number 6 for Approval

**ATTN:**   Mike Savich

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| Shop Drawings | ✔ Approval | Approved as Submitted |
| Letter | Your Use | Approved as Noted |
| Prints | As Requested | Returned After Loan |
| ✔ Change Order | ✔ Review and Comment | Resubmit |
| Plans | | Submit |
| Samples | **SENT VIA:** | Returned |
| Specifications | ✔ Attached | Returned for Corrections |
| Other: | Separate Cover Via: | Due Date: |

| ITEM PACKAGE | SUBMITTAL DRAWING | REV. | ITEM NO. | COPIES | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|
| | | 1 | | 2 | 9/13/06 | Change Order for Approval | NEW |

PLEASE FORWARD BOTH SIGNED COPIES OF THE CHANGE ORDER BACK TO OUR OFFICE.

WE WILL THEN FORWARD YOU A FULLY EXECUTED COPY OF THE CHANGE ORDER.

THANK YOU.

CC: File

Signed: _____

Ele Gedremenc

Expedition ®

# Powers & Sons Construction Company

Case 08-cv-03513 Document Filed 06/19/2008 Page 43 of 95

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

| | |
|---|---|
| **TITLE:** backcharge for install grease traps | **DATE:** 9/13/06 |
| **PROJECT:** Wal-Mart Store Number 3725 | **JOB:** 5018 |
| **TO:** MIA Plumbing | **CONTRACT NO:** 5018-003 |

TO:
MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194
Phone: 847.843.0712   Fax: 847.843.0732

Attn: Mike Savich

## DESCRIPTION OF CHANGE

Powers & Sons PCO #:  N/A
Owner's Change Order #:  N/A
Not in Original Scope: N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|
| 00001 | Cost for merryman to install Grease Traps | 1.000 | ($20,137.00) | ($20,137.00) |
| | | | **Total:** | **($20,137.00)** |

| | |
|---|---|
| **The Original Contract Sum was** | **$404,000.00** |
| **Net Change by Previously Authorized Requests and Changes** | **($24,119.63)** |
| **The Contract Sum Prior to This Change Order was** | **$379,880.37** |
| **The Contract Sum Will be Decreased** | **($20,137.00)** |
| **The New Contract Sum Including This Change Order** | **$359,743.37** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

## ACCEPTED:

| MIA Plumbing | | Powers & Sons Construction Company |
|---|---|---|
| By: _____ | By: _____ | By: _____ |
| Mike Savich | | Mamon Powers Jr. |
| Date: _____ | Date: _____ | Date: _____ |

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

**TRANSMITTAL**

**No. 00523**

8500 Golf Road
Niles, IL 60714

**Phone:** 847.966.7327
**Fax:** 847.966.7198

| | |
|---|---|
| **PROJECT:** Wal-Mart Store Number 3725 | **DATE:** 9/13/06 |
| **TO:** MIA Plumbing<br>595 Woodlawn Street<br>Hoffman Estate, IL 60194 | **PROJECT NO.** 5018 |
| | **REF:** Change Order Number 7 for Approval |

**ATTN:** Mike Savich

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| Shop Drawings | ✔ Approval | Approved as Submitted |
| Letter | Your Use | Approved as Noted |
| Prints | As Requested | Returned After Loan |
| ✔ Change Order | ✔ Review and Comment | Resubmit |
| Plans | | Submit |
| Samples | **SENT VIA:** | Returned |
| Specifications | ✔ Attached | Returned for Corrections |
| Other: | Separate Cover Via: | Due Date: |

| ITEM | PACKAGE | SUBMITTAL | DRAWING | REV. | ITEM NO. | COPIES | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | | 2 | 9/13/06 | Change Order for Approval | NEW |

PLEASE FORWARD BOTH SIGNED COPIES OF THE CHANGE ORDER BACK TO OUR OFFICE.

WE WILL THEN FORWARD YOU A FULLY EXECUTED COPY OF THE CHANGE ORDER.

THANK YOU.

CC: File

Signed: _____

Ele Gedremenc

Expedition ®

**Merryman Excavation**
1501 Lamb Road
Woodstock, IL 60098
Ph : 815.337.1700

---

## *Change Request*

**To:** Tad Baria
Powers & Sons Const.
2636 West 15th Avenue
Gary, IN
Ph: 219-949-3100  Fax: 219-949-5906

**Number:** 7
**Date:** 6/19/06
**Job:** 06-ME464  Walmart - Niles
**Phone:**

**Description:**   Grease Traps

**Reason:** Change in Scope

We are pleased to offer the following specifications and pricing to make the following changes:

Install 2000 gal grease trap per Welch Bros 6-9-06 shop drawing
Install 500 gal grease trap per Welch Bros 6-12-06 shop drawing

No restoration has been included (pavement, concrete, landscape)
No trench backfill has been included

| Description | Quantity | Unit | Unit Price | Price |
|---|---|---|---|---|
| 2000 gal grease trap | 1.00 | ls | $9,710.00 | $9,710.00 |
| 500 gal grease trap | 1.00 | ls | $3,240.00 | $3,240.00 |
| 4" Piping for Grease traps | 1.00 | ls | $7,187.00 | $7,187.00 |
| | | | Subtotal: | $20,137.00 |
| | | | Subtotal: | $20,137.00 |
| | | | Total: | $20,137.00 |

If you have any questions, please contact me at .

Submitted by:

Approved by: _____
Date: _____

# Powers & Sons Construction Company

# CHANGE ORDER

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**No. 00008**

**TITLE:** back chrg for supplying stone

**DATE:** 9/13/06

**PROJECT:** Wal-Mart Store Number 3725

**JOB:** 5018

**TO:**    MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194
Phone: 847.843.0712  Fax: 847.843.0732

**CONTRACT NO:** 5018-003

Attn: Mike Savich

## DESCRIPTION OF CHANGE

Powers & Sons PCO #: N/A
Owner's Change Order #: N/A
Not in Original Scope: N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|------------|------------|
| 00001 | back charge from Merryman | 1.000 | ($5,175.00) | ($5,175.00) |
| | | | **Total:** | **($5,175.00)** |

| | |
|---|---|
| The Original Contract Sum was | $404,000.00 |
| Net Change by Previously Authorized Requests and Changes | ($44,256.63) |
| The Contract Sum Prior to This Change Order was | $359,743.37 |
| The Contract Sum Will be Decreased | ($5,175.00) |
| The New Contract Sum Including This Change Order | $354,568.37 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

| MIA Plumbing | | Powers & Sons Construction Company |
|---|---|---|
| By: _____ | By: ___ _____ | By: _____ |
| Mike Savich | | Don Harrison |
| Date: _____ | Date: _____ | Date: _____ |

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery after receipt of the same constitutes acceptance.

**Merryman Excavation**
1501 Lamb Road
Woodstock, IL 60098
Ph : 815.337.1700

## Change Request

**To:** Ele Gedramenc
Powers & Sons Const.
2636 West 15th Avenue
Gary, IN
Ph: (847)966-7327  Fax: (847)966-7198

**Number:** 8
**Date:** 8/24/06
**Job:** 06-ME464  Walmart - Niles
**Phone:**

**Description:**    Stone Supplied To Plumber

Reason: Change In Scope

We are pleased to offer the following specifications and pricing to make the following changes:

| Description | Quantity | Unit | Unit Price | Price |
|---|---|---|---|---|
| Stone Supplied To Plumber | 15.00 | loads | $345.00 | $5,175.00 |
| | | | Subtotal: | $5,175.00 |
| | | | Subtotal: | $5,175.00 |
| | | | Total: | $5,175.00 |

If you have any questions, please contact me at .

Submitted by:

Approved by: _____
Date: _____

# Powers & Sons Construction Company

Case 08-cv-08513 Document 1 Filed 06/19/2008 Page 48 of 95

**TRANSMITTAL**

**No. 00520**

8500 Golf Road
Niles, IL 60714

**Phone:** 847.966.7327
**Fax:** 847.966.7198

**PROJECT:** Wal-Mart Store Number 3725

**TO:** MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194

**ATTN:** Mike Savich

**DATE:** 9/13/06

**PROJECT NO.** 5018

**REF:** Change Order Number 6 for Approval

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| Shop Drawings | ✔ Approval | Approved as Submitted |
| Letter | Your Use | Approved as Noted |
| Prints | As Requested | Returned After Loan |
| ✔ Change Order | ✔ Review and Comment | Resubmit |
| Plans | | Submit |
| Samples | **SENT VIA:** | Returned |
| Specifications | ✔ Attached | Returned for Corrections |
| Other: | Separate Cover Via: | Due Date: |

| ITEM | PACKAGE | SUBMITTAL | DRAWING | REV. | ITEM NO. | COPIES | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | | 2 | 9/13/06 | Change Order for Approval | NEW |

PLEASE FORWARD BOTH SIGNED COPIES OF THE CHANGE ORDER BACK TO OUR OFFICE.

WE WILL THEN FORWARD YOU A FULLY EXECUTED COPY OF THE CHANGE ORDER.

THANK YOU.

CC: File

Signed: _____

Ele Gedremenc

Expedition ®

# Powers & Sons Construction Company

Case 08-01955   Doc 1   Filed 06/19/2008   Page 49 of 95

# CHANGE ORDER
## No. 00009

2636 West 15th Avenue
Gary, IN 46404

Phone: 219.949.3100
Fax: 219.949.5906

| | | | |
|---|---|---|---|
| **TITLE:** | back chrg for spoil removal | **DATE:** | 9/13/06 |
| **PROJECT:** | Wal-Mart Store Number 3725 | **JOB:** | 5018 |
| **TO:** | MIA Plumbing | **CONTRACT NO:** | 5018-003 |

MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194
Phone: 847.843.0712   Fax: 847.843.0732

Attn: Mike Savich

## DESCRIPTION OF CHANGE

Powers & Sons PCO #:  N/A
Owner's Change Order #:  N/A
Not in Original Scope: N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|
| 00001 | back charge from earth to mia | 1.000 | ($3,300.00) | ($3,300.00) |
| | | | **Total:** | **($3,300.00)** |

| | |
|---|---|
| **The Original Contract Sum was** | $404,000.00 |
| **Net Change by Previously Authorized Requests and Changes** | ($49,431.63) |
| **The Contract Sum Prior to This Change Order was** | $354,568.37 |
| **The Contract Sum Will be Decreased** | ($3,300.00) |
| **The New Contract Sum Including This Change Order** | $351,268.37 |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

## ACCEPTED:

| MIA Plumbing | | Powers & Sons Construction Company |
|---|---|---|

**By:** _____     **By:** ____  _____     **By:** _____
      Mike Savich                                               Mamon Powers Jr.

**Date:** _____     **Date:** _____     **Date:** _____

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue.  Beginning work or delivery
after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

8500 Golf Road
Niles, IL 60714

**Phone:** 847.966.7327
**Fax:** 847.966.7198

**TRANSMITTAL**

**No. 00522**

**PROJECT:** Wal-Mart Store Number 3725

**DATE:** 9/13/06

**TO:**     MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194

**PROJECT NO.**   5018

**REF:**   Change Order Number 7 for
Approval

**ATTN:**   Mike Savich

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| Shop Drawings | ✔ Approval | Approved as Submitted |
| Letter | Your Use | Approved as Noted |
| Prints | As Requested | Returned After Loan |
| ✔ Change Order | ✔ Review and Comment | Resubmit |
| Plans | | Submit |
| Samples | **SENT VIA:** | Returned |
| Specifications | ✔ Attached | Returned for Corrections |
| Other: | Separate Cover Via: | Due Date: |

| ITEM | PACKAGE | SUBMITTAL | DRAWING | REV. | ITEM NO. | COPIES | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | | 2 | 9/13/06 | Change Order for Approval | NEW |

PLEASE FORWARD BOTH SIGNED COPIES OF THE CHANGE ORDER BACK TO OUR OFFICE.

WE WILL THEN FORWARD YOU A FULLY EXECUTED COPY OF THE CHANGE ORDER.

THANK YOU.

CC: File

Signed: _____
Ele Gedremenc

Expedition ®

*EARTH, INC.*
610 ARLINGTON HEIGHTS RD.
ITASCA, IL. 60143
PHONE (630) 285-9800, ext. 28
FAX    (630) 285-9821

BILL TO: Powers & Sons Construction Co.
2636 W. 15th Avenue
Gary, IN 46404
**Attn: Ele Gedremenc**

JOB: Wal-Mart Store, #3725
Niles, IL

JOB #: 5018-010

INVOICE DATE: August 31, 2006

INVOICE # 501806-WAL **(adjusted)**

**EXTRA WORK ORDER**
**Load & Export Underground**
**Utility Spoils**

31-Aug Ticket #19746

| | | | | |
|---|---|---|---|---|
| Merryman Loads Removed | $ | 220.00 | 370lds | $ 81,400.00 | $81,400.00 |
| MIA Loads Removed | $ | 220.00 | 15lds | $ 3,300.00 | $ 3,300.00 |
| Wal-Mart Extra Work Order | $ | 220.00 | 29lds | $ 6,380.00 | $ 6,380.00 |

**AMOUNT DUE THIS INVOICE**

$ 91,080.00

# Earth, Inc.

1109 N. ELLIS AVE. BENSENVILLE, ILLINOIS 60106

## EXTRA WORK ORDER

## 19746

**PROJECT:** Wht/MALT   **DATE:** 8-31-06

**LOT:** _____

**CUSTOMER:** Powders & Sons

**WORK:** Load & Export
Underground Utility
Spoils

Michigan 370 lbs

MIA   15 lbs   414 lbs

Wht-MALT Co work 29 lbs

**WORK TO BE COMPLETED BY:** _____

**DATE WORK COMPLETED:** _____

**MAX. TOTAL PRICE:** $ 91,080.00

**UNIT PRICE:** $ 220.00 per load

**EARTH INC'S SIGNATURE:** _____

**CUSTOMER SIGNATURE:** _____

**BACK CHARGE TO:** _____

BY THE SIGNATURE OF IT'S REPRESENTATIVE HEREON, CUSTOMER AGREES TO PAY ALL SUMS COMING DUE FOR WORK PERFORMED PURSUANT TO THIS EXTRA WORK ORDER. THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE HEREOF ARE INCORPORATED HEREIN.

# Powers & Sons Construction Company

# CHANGE ORDER
## No. 00010

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**TITLE:** BK CHR FOR LIEN

**PROJECT:** Wal-Mart Store Number 3725

**TO:** MIA Plumbing
595 Woodlawn Street
Hoffman Estate, IL 60194
Phone: 847.843.0712 Fax: 847.843.0732

Attn: Mike Savich

**DATE:** 9/25/06

**JOB:** 5018

**CONTRACT NO:** 5018-003

## DESCRIPTION OF CHANGE

Powers & Sons PCO #: N/A
Owner's Change Order #: N/A
Not in Original Scope: N/A
Contract Time will be Unchanged

Reason for Change: back charge to MIA

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|------------|------------|
| 00001 | Paid to have the lien released from Vulcan Material and National Plumbing□ | 1.000 | ($47,870.82) | ($47,870.82) |
| | | | **Total:** | **($47,870.82)** |

| | |
|---|---|
| The Original Contract Sum was | $404,000.00 |
| Net Change by Previously Authorized Requests and Changes | ($52,731.63) |
| The Contract Sum Prior to This Change Order was | $351,268.37 |
| The Contract Sum Will be Decreased | ($47,870.82) |
| The New Contract Sum Including This Change Order | $303,397.55 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

## ACCEPTED:

MIA Plumbing

Powers & Sons Construction Company

By: _____     By: ___ __ __ __ __ __     By: _____
    Mike Savich                                                   Mamon Powers Jr.

Date: _____     Date: _____     Date: _____

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery after receipt of the same constitutes acceptance.

# Wal-Mart Stores Inc.

## Fax Coversheet

**Date:** Mon, 11 Sep 2006 13:38:29 -0500
**From:** Edie Higginbotham -Legal
**Email:** Edie.Higginbotham@walmartlegal.com

**To:** Powers & Sons Constructon
**Fax:** 12199495906
**Subject:** #3725 Niles IL default notice from Land Lord

This fax and any files transmitted with it are CONFIDENTIAL and intended solely for the individual or entity to whom they are addressed. If you have received this in error please destroy it immediately.

Mr. Powers:  I have just received this our landlord in regard to the claims on this store.  These will put Wal-Mart Stores Inc in default of it's lease.  Please look into these matters and send filed releases.
Thanks,
Edie
Edie Higginbotham
Administrative Assistant
W-M Legal Department 8313
Email: edie.higginbotham@walmartlegal.com
Phone: 479-273-6583
FAX: 479-277-5991

CONFIDENTIALITY NOTICE:  **This e-mail is privileged and confidential.  If you have received this e-mail in error, please destroy it immediately.**

National Plumbing- okay -cut check on 9-11-06
Vulcan Material- okay- cut check on 9-12-06

# IMPERIAL REALTY COMPANY

Development • Management • Investments • Brokerage

Web: www.imperialrealtyco.com • E-Mail: info@imperialrealtyco.com

4747 W. Peterson Avenue • Chicago, IL 60646 • 773-736-4100 • Fax 773-736-4541

August 29, 2006

CERTIFIED MAIL                                                                    SEP 0 6 2006
RETURN RECEIPT REQUESTED

Wal-Mart Real Estate Business Trust
702 S.W. Eighth Street
Bentonville, AK 72716

Re:    Subcontractors' Notice of Intent to Lien

To Whom It May Concern:

The enclosed subcontractor's Mechanic's Lien Notice was served upon Imperial Realty Company on or about August 22, 2006 by National Plumbing & Heating Supply Co. for services allegedly provided to Powers & Sons Construction, Inc. for the Premises located at 8400 W. Golf Road, Niles, Illinois. Claimant National Plumbing & Heating Supply Co. claims $15,335.87 is due for services and materials, which it allegedly furnished to Powers & Sons Construction, Inc., as contractor, on behalf of Wal-Mart Real Estate Business Trust.

The enclosed subcontractor's Notice and Claim for Mechanic's Lien was served upon Imperial Realty Company on or about August 24, 2006 by Vulcan Construction Materials LLP d/b/a Vulcan Materials Company for services allegedly provided to MIA Plumbing Corp. for the Premises located at 8400 W. Golf Road, Niles, Illinois. Claimant Vulcan Construction Materials LLP d/b/a Vulcan Materials Company claims $32,534.95 is due for services and materials, which it allegedly furnished to MIA Plumbing Corp., as contractor, on behalf of Wal-Mart Real Estate Business Trust.

Paragraph 8 of the Rider to the Lease, titled "Liens", states, in relevant part, that "Lessee shall cause to be promptly discharged any mechanic's or other lien filed against the Premises by reason of any act or omission of Lessee..." A copy of Paragraph 8 is attached.

Demand is hereby made upon Wal-Mart Real Estate Business Trust to obtain and record a release of the liens and provide us with stamped copies thereof as well as original final waivers of lien, acceptable to us, duly executed by the claimants.

Please contact me upon receipt of this letter to inform us of your intentions relative to this matter. We look forward to a prompt resolution of this problem.

Sincerely,

IMPERIAL REALTY COMPANY

Andrew Schwartz
Attorney at Law

Enclosure

cc:  Alfred Klairmont
     Mary Jo Andersen
     Steve Nikel

P:\Legal\Transactions\Letters-Notice to Tenant per lease\Wal -Mart Real Estate Business Trust subcontractors' Notice of Intent to Lien KK-8400 Golf Road).doc

<u>GROUND LEASE</u>

THIS GROUND LEASE is made and entered into as of the "Effective Date" (defined below) by and between WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust, whose mailing address is 702 S.W. Eighth Street, Bentonville, Arkansas 72716, "Lessee", and LA SALLE BANK N.A., as Trustee UTAD January 9, 1981, Trust No. 3119 HP, whose mailing address is 4747 W. Peterson Avenue, No. 200, Chicago, IL 60646, Attn. Imperial Realty Co., "Lessor". The "Effective Date" shall be the date upon which the last of Lessor and Lessee execute this Lease, as indicated on the signature page hereof.

W I T N E S S E T H:

In consideration of the mutual covenants contained herein, and intending to be legally bound hereby, Lessor and Lessee hereby agree as follows:

1.   <u>PREMISES</u>

Lessor hereby leases to Lessee and Lessee hereby leases from Lessor, subject to the provisions of this Lease, all of that certain tract of real property, including those certain improvements thereon, situated in the City of Niles, County of Cook, and State of Illinois, more particularly described on <u>Exhibit "A"</u> attached hereto (said description shall be replaced upon receipt of a surveyed description as provided in Section 14) together with all rights accruing thereto (all of the foregoing and the existing improvements now and from time to time located on the property, as well as the Lessee Parking Areas therein (defined in Article 5(h)(i) of this Lease), being referred to herein collectively as the "Premises"). The term "Lessor's Adjacent Parcel" as used herein shall mean that parcel adjacent to the Premises, and all improvements now and from time to time located thereon, as well as the Lessor Parking Areas thereon (defined in Article 5(h)(i) of this Lease), excluding the Outparcels (described below), and as such Lessor's Adjacent Parcel is legally described on <u>Exhibit "A-1"</u>. The term "Outparcel" or "Outparcels", as used herein, shall mean those outparcels and improvements from time to time thereon as shown on the Site Plan and as such Outparcels are legally described on <u>Exhibit "A-1"</u>. The term "Shopping Center" as used herein shall mean the Premises, the Lessor's Adjacent Parcel and the Outparcels; the configuration of the Shopping Center contemplated upon completion of the initial intended development at the Premises by Lessee hereunder is shown on the site plan attached hereto as <u>Exhibit "A-2"</u> and said site plan is herein called the "Site Plan" (said Site Plan is for identification purposes only and does not otherwise require construction or development as provided thereon unless otherwise expressly provided for hereinafter in this Lease and except as expressly set forth in Article 6 of this Lease which, subject to the provisions set forth therein, shall require Lessee to initially construct a certain building and related improvements at the Premises).

2.   <u>TERM:</u>

(a)   The term of this Lease shall commence on the Effective Date.

(b)   (i)   Notwithstanding the provisions of Subsection (a) of this Section 2, the obligation of Lessee to pay the rent provided in Section 3 shall commence upon the date that is one hundred eighty (180) days from the later of (x) the expiration of the Due Diligence Period, or (y) the Possession date of the Premises as hereinafter provided for in this Lease (the date that is the later of one hundred eighty (180) days after [x] or [y] herein called the "Rent Commencement Date"). The term Due Diligence Period is defined in Paragraph 18 of this Lease. The term Possession is defined in subsection (b)(iii) below.

(ii)   Certain existing tenants presently occupy the Premises and must be relocated and/or their leases terminated as to the Premises, such tenant's herein called the "Relocated Tenants" and such Relocated Tenants being listed on the attached <u>Exhibit "B"</u>. Lessor and Lessee shall reasonably cooperate with one another so as to relocate said Relocated Tenants and enter into agreements therefor in form and substance acceptable to both Lessor and Lessee (said agreements herein called the "Tenant Relocation Agreements"). Lessor has the right to terminate certain of

7.    **REPAIRS; REQUIREMENTS OF PUBLIC AUTHORITY:**

Lessee shall, during the term of this Lease, commencing upon the Rent Commencement Date, comply with all laws and regulations of any governmental authority with respect to the Premises, provided that Lessee may in its own name or in Lessor's name contest the validity of any such law or regulation at Lessee's cost. Lessor shall execute any papers necessary to aid Lessee in any such action. Lessee shall maintain any building that may be constructed on the Premises in a first class manner consistent with other first class retail shopping centers in the Chicago metropolitan area, and so as not to violate any applicable governmental requirements pertaining thereto.

Lessor shall, during the term of this Lease, comply with all laws and regulations of any governmental authority with respect to the Adjacent Parcel, provided that Lessor may contest the validity of any such law or regulation at Lessor's cost. Lessor shall maintain any building that may be constructed on the Adjacent Parcel in a first class manner consistent with other first class retail shopping centers in the Chicago metropolitan area, and so as not to violate any applicable governmental requirements pertaining thereto. Lessor shall, during the term of this Lease, cause the owner(s) and occupants of the Outparcels, subject to the terms of their existing leases (which shall prevail), to comply with all laws and regulations of any governmental authority with respect to the Outparcels, provided that Lessor may contest the validity of any such law or regulation at Lessor's cost. Lessor shall cause the owner(s) and occupants of the Outparcels, subject to the terms of their existing leases (which shall prevail), to maintain any building(s) that may be constructed on the Outparcels in a first class manner consistent with other first class retail shopping centers in the Chicago metropolitan area, and so as not to violate any applicable governmental requirements pertaining thereto.

8.    **LIENS:**

Lessee shall cause to be promptly discharged any mechanic's or other lien filed against the Premises by reason of any act or omission of Lessee, provided that this section shall not be applicable to the lien of any mortgage or Deed of Trust. It is understood and agreed that Lessee shall have the right to contest any lien filed against the Premises and in such case Lessee may bond over said mechanic's or other lien in the manner provided by law for the payment and removal thereof so as to allow Lessee to so contest the same.

9.    **ASSIGNMENT AND SUBLETTING:**

Lessee may at any time and from time to time assign and reassign all of its interest in this Lease, or sublease all or any part(s) of the Premises as Lessee shall determine in its sole and absolute discretion, without need for obtaining the consent of Lessor, provided that Lessee shall remain liable for the performance of all obligations hereunder. In connection with assignments of all of Lessee's interest in this Lease or in the event Lessee shall sublet all or part(s) of the Premises, Lessee and its Guarantor (pursuant to the terms of the Guaranty attached hereto as Exhibit E) shall not be relieved of liability hereunder. In no case shall Lessee be entitled to assign its interest in this Lease or sublet the Premises for a use in violation of the Restricted Uses defined in Section (c) of Article 4 of this Lease.

10.    **INDEMNITY AND INSURANCE; MUTUAL WAIVER OF SUBROGATION:**

From and after the Possession date from Lessor, and thereafter during the term of this Lease, Lessee agrees to provide and keep in force general liability insurance naming the Lessee and Lessor's lender holding a first lien against Lessor's interest in the Shopping Center (provided that Lessor shall have first provided Lessee with the name and address of Lessor's lender) and Lessor's managing agent (provided that Lessor shall have first provided Lessee with the name and address of Lessor's managing agent), as additional insureds in respect to injuries to any one person or in respect to property damage, in any one incident or accident, as combined single limit coverage not to exceed insurance coverage in the amount of $2,000,000.00 in any one accident or mishap, and upon written request therefor from Lessor to Lessee, to deliver certificates of such insurance to Lessor evidencing such insurance coverage. Lessee's insurance shall cover Lessee's operations at the Premises; Lessor's insurance, described below, shall cover Lessor's Adjacent Parcel. The limits of Lessee's insurance shall be increased every ten (10) years during the Lease Term to a commercially reasonable level by agreement of Lessor and Lessee; if the parties shall fail to agree then the sole remedy of Lessor shall be for Lessor and Lessee to mutually select and agree on a third party (such as an independent commercial insurance broker experienced in commercial insurance coverages) and submit said issue to the third party

MECHANIC'S LIEN:
### NOTICE

STATE OF ILLINOIS                    )
                                     )
COUNTY OF Cook                       )


NATIONAL PLUMBING & HEATING SUPPLY CO

    CLAIMANT

    -VS-

Chicago Title Land Trust Company, Trust #3119-HP
J.C. Penney Properties, Inc.
Imperial Realty Company
Wal-Mart Real Estate Business Trust
Greatbank
Powers & Sons Construction, Inc.
MIA PLUMBING CORP.

    DEFENDANT(S)

The claimant, NATIONAL PLUMBING & HEATING SUPPLY CO of Chicago, IL 60646 County of Cook, hereby serves a notice for lien against MIA PLUMBING CORP., contractor of 595 Woodlawn Street Hoffman Estates, State of IL; a subcontractor to Powers & Sons Construction, Inc. contractor of 2636 W. 15th Avenue Gary, IN 46404 and Chicago Title Land Trust Company, Trust #3119-HP Chicago, IL 60602 J.C. Penney Properties, Inc. Chicago, IL 60604 Imperial Realty Company Chicago, IL 60646 Wal-Mart Real Estate Business Trust (Lessee)   {hereinafter referred to as "owner (s)"} and Greatbank      {hereinafter referred to as "lender (s)"} and states:

That on or about 12/07/2005, the owner owned the following described land in the County of Cook, State of Illinois to wit:

Street Address:   Wal-Mart  #400 W. Golf Road  Niles, IL 60714:

A/K/A:       SEE ATTACHED LEGAL DESCRIPTION

A/K/A:       Tax # 09-11-302-017

and MIA PLUMBING CORP, was a subcontractor to Powers & Sons Construction, Inc. owner's contractor for the improvement thereof. That on or about 12/07/2005, said contractor made a subcontract with the claimant to provide plumbing materials for and in said improvement, and that on or about 05/25/2006 the claimant completed thereunder all that was required to be done by said contract.


ml\gn.ln
lc/dn    / /                  060818059

The following amounts are due on said contract:

| | |
|---|---|
| Contract | $43,433.22 |
| Extras/Change Orders | $0.00 |
| Credits | $0.00 |
| Payments | $28,097.35 |

Total Balance Due .............. $15,335.87

leaving due, unpaid and owing to the claimant after allowing all credits, the sum of **Fifteen Thousand Three Hundred Thirty-Five and Eighty Seven Hundredths ($15,335.87)** Dollars, for which, with interest, the Claimant claims a lien on said land and improvements, and on the moneys or contract against said subcontractor, contractor and owner.

To the extent permitted by law, all waivers of lien heretofore given by claimant, if any, in order to induce payment not received are hereby revoked.  Acceptance of payment by claimant of part, but not all, of the amount claimed due hereunder shall not operate to invalidate this notice.

NATIONAL PLUMBING & HEATING SUPPLY CO

X  BY: _Robert Higgason_ .

ml\gn.ln
lc/dn   / /                    060818059

THIS DOCUMENT PREPARED BY
AND AFTER RECORDING RETURN
TO:

PATRICK MAZZA
PATRICK MAZZA & ASSOCIATES
250 SOUTH MAIN PLACE, #101
CAROL STREAM IL 60188-2476

STATE OF ILLINOIS     )
                      )  SS
COUNTY OF COOK      )

## NOTICE AND
## CLAIM FOR MECHANIC'S LIEN

CLAIMANT, VULCAN CONSTRUCTION MATERIALS LLP d/b/a VULCAN
MATERIALS COMPANY (hereinafter CLAIMANT) hereby files Notice and
Claim for Mechanic's lien against CHICAGO TITLE LAND TRUST COMPANY AS
TRUSTEE UNDER TRUST NO. 3119-HP successor in interest to First
National Bank of Highland Park as Trustee Under Trust No. 3119 and
LaSalle Bank NA as Trustee under Trust No. 3119-HP (OWNER) and MIA
PLUMBING CORP. (CONTRACTOR) and states as follows:

At all times pertinent hereto, the OWNER was the owner of
property legally described in Exhibit A attached hereto and made a
part hereof and commonly known as Wal-Mart Tract, 8500 Golf Road,
Niles Illinois and further identified by PIN 09-11-302-017-
0000 (PROPERTY).

At some date not known to the CLAIMANT, CONTRACTOR entered
into a contract with OWNER or one whom the OWNER knowingly authorized
to contract on its behalf to perform certain improvements to the
PROPERTY.

CONTRACTOR, or about the 16th day of March 2006 entered into
an agreement with CLAIMANT wherein CLAIMANT was to provide materials
to be used in construction of the improvements being constructed on
the PROPERTY. All materials provided by CLAIMANT were of the type,
quality and quantity required by the CONTRACTOR. CLAIMANT'S last day

-1-

of delivery of materials to the jobsite was May 10, 2006.

After the allowance of all payments, credits and set-offs, there remains due and owing to CLAIMANT from the OWNER and CONTRACTOR the sum of THIRTY TWO THOUSAND FIVE HUNDRED THIRTY FOUR AND 95/100THS ($32,534.95) DOLLARS for which CLAIMANT claims a mechanic's lien against the property above-described, the improvements thereon, and any monies or other considerations due or to become due to CONTRACTOR from the OWNER, and interest thereon from May 10, 2006 at the statutory rate.

The following parties may have or claim to have some interest in and to the property, and accordingly are being given notice of this lien:

(a) GreatBank NA by virtue of a mortgage, assignment of rents and chattel mortgage recorded against the property;

(b) Walmart Real Estate Business Trust by virtue of certain leases recorded against the property.

VULCAN MATERIALS COMPANY
Midwest Division

By _____

David J. Muno
Manager, Credit & Collections

PATRICK MAZZA & ASSOCIATES
Attorneys for VULCAN
290 South Main Place, Suite 101
Carol Stream IL 60188-2476
630-933-9200

-2-

## CERTIFICATE OF SERVICE

STEPHANIE CHODERA, under penalties of perjury, certifies that she served a true and correct copy of the foregoing notice and claim for lien upon:

> CHICAGO TITLE LAND TRUST COMPANY
> as Trustee under Trust No. 3119-HP
> 181 West Madison Street
> 17th Floor
> Chicago IL 60602
>
> MIA PLUMBING CORP.
> c/o Liubisa Srejovic, Reg. Agt.
> 1106 Dawes
> Libertyville IL 60048
>
> GREATBANK, NA
> c/o Michael Fostar, Sr. Vice President
> 525 Main Street
> Evanston IL 60202
>
> WALMART REAL ESTATE BUSINESS TRUST
> c/o Corporation Trust Company, Reg. Agt.
> Corporation Trust Center
> 1209 Orange Street
> Wilmington DE 19801

by mailing a copy in a properly addressed, postage prepaid envelope, certified mail, return receipt requested, delivery restricted to addressee, in the United States Mail at Carol Stream, Illinois all this 4th day of August, 2006

*Stephanie Chodera*

-4-

Legal Description:

WAL-MART TRACT

THAT PART OF LOT 1 IN HARBOR TREES SUBDIVISION, A SUBDIVISION OF PART OF LOT 4 IN OWNER'S SUBDIVISION OF PART OF SECTION 11, TOWNSHIP 41 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED DECEMBER 16, 1971 AS DOCUMENT NUMBER 21750076, DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTH EAST CORNER OF SAID LOT 1; THENCE ALONG THE EAST LINE OF SAID LOT 1, SOUTH 00 DEGREES 28 MINUTES 44 SECONDS WEST (ASSUMED), 847.24 FEET TO THE SOUTH EAST CORNER OF SAID LOT 1, ALSO BEING A POINT ON THE NORTHERLY RIGHT OF WAY LINE OF GOLF ROAD; THENCE SOUTH 88 DEGREES 01 MINUTES 28 SECONDS WEST, 74.20 FEET ALONG THE SOUTH LINE OF SAID LOT 1 TO THE SOUTH EAST CORNER OF A PARCEL OF LAND DESCRIBED ON EXHIBIT A OF DOCUMENT NUMBER 22752208, RECORDED JUNE 17, 1974; THENCE ALONG THE EASTERLY, NORTHERLY, AND WESTERLY BOUNDARY LINES OF SAID LAND FOR THE NEXT 7 COURSES, NORTH 01 DEGREES 58 MINUTES 32 SECONDS WEST 30.50 FEET; THENCE NORTH 88 DEGREES 01 MINUTES 28 SECONDS EAST, 18.0 FEET; THENCE NORTH 01 DEGREES 58 MINUTES 32 SECONDS WEST, 114.86 FEET TO THE NORTHEAST CORNER OF SAID PROPERTY; THENCE SOUTH 88 DEGREES 01 MINUTES 28 SECONDS WEST ALONG THE NORTH LINE OF SAID LAND, 325.00 FEET TO THE NORTHWEST CORNER THEREOF; THENCE SOUTH 01 DEGREES 58 MINUTES 32 SECONDS EAST, 114.86 FEET ALONG THE WESTERLY BOUNDARY OF SAID LAND; THENCE NORTH 88 DEGREES 01 MINUTES 28 SECONDS EAST, 18.00 FEET; THENCE SOUTH 01 DEGREES 58 MINUTES 32 SECONDS EAST, 30.50 FEET TO THE SOUTHWEST CORNER OF SAID LAND, ALSO BEING A POINT ON SAID NORTHERLY RIGHT OF WAY LINE OF GOLF ROAD; THENCE SOUTH 88 DEGREES 01 MINUTES 28 SECONDS WEST ALONG SAID NORTH RIGHT OF WAY LINE, 101.00 FEET TO THE SOUTHEAST CORNER OF PARCEL 'B', AS DESCRIBED IN DOCUMENT NUMBER 0312234102, RECORDED MAY 2, 2003; THENCE NORTH 01 DEGREES 58 MINUTES 32 SECONDS WEST ALONG THE EASTERLY BOUNDARY OF SAID PARCEL 'B' FOR THIS COURSE AND THE NEXT 2 COURSES, 30.50 FEET; THENCE NORTH 88 DEGREES 01 MINUTES 28 SECONDS EAST, 18.00 FEET; THENCE NORTH 01 DEGREES 58 MINUTES 32 SECONDS WEST, 115.50 FEET TO THE NORTHEAST CORNER OF SAID PARCEL; THENCE ALONG THE NORTH LINE OF SAID PARCEL 'B' AND THE NORTH LINES OF PARCELS 'C' AND 'D' AS DESCRIBED IN DOCUMENT NUMBER 0312234102, SOUTH 88 DEGREES 01 MINUTES 28 SECONDS WEST, 451.83 FEET; THENCE ALONG THE NORTHEASTERLY LINES OF PARCELS 'D' AND 'E' AS DESCRIBED IN SAID DOCUMENT NUMBER 0312234102, NORTH 36 DEGREES 06 MINUTES 02 SECONDS WEST, 184.19 FEET; THENCE NORTH 01 DEGREES 58 MINUTES 32 SECONDS WEST ALONG THE EAST LINE OF SAID PARCEL 'E', 102.21 FEET TO THE NORTHEAST CORNER THEREOF; THENCE ALONG A SOUTHERLY LINE OF THAT INGRESS-EGRESS EASEMENT DESCRIBED IN DOCUMENT 88074514, NORTH 53 DEGREES 54 MINUTES 59 SECONDS EAST, 64.17 FEET; THENCE ALONG THE SOUTH LINE OF SAID EASEMENT AND THE EASTERLY EXTENSION THEREOF, NORTH 88 DEGREES 01 MINUTES 28 SECONDS EAST, 497.35 FEET; THENCE NORTH 01 DEGREES 55 MINUTES 05 SECONDS WEST, 132.52 FEET; THENCE SOUTH 88 DEGREES 01 MINUTES 28 SECONDS WEST, 18.03 FEET; THENCE NORTH 01 DEGREES 58 MINUTES 32 SECONDS WEST, 135.79 FEET; THENCE NORTH 01 DEGREES 47 THENCE SOUTH 87 DEGREES 56 MINUTES 58 SECONDS WEST, MINUTES 56 SECONDS WEST, 54.69 FEET; THENCE SOUTH 88 DEGREES 12 MINUTES 04 SECONDS WEST, 31.76 FEET; THENCE NORTH 01 DEGREES 57 MINUTES 56 SECONDS WEST, 211.64 FEET TO THE NORTH LINE OF SAID LOT 1; THENCE NORTH 88 DEGREES 01 MINUTES 28 SECONDS EAST ALONG THE NORTH LINE, 701.90 FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

0550

MAILSTOP: SWDC
MAILROUTE SWDC 0550
MAIL STATION: 0550

FROM:

CARR: USPS

TRK#: 70042890000003142015

TO: 0550
PH:
LOC: 8702
# OF PCS:

A24802329278D

09:08
9/5/2006

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS FOLD AT DOTTED LINE

CERTIFIED MAIL

7004 2890 0000 0314 2015

U.S. POSTAGE
4.88

**IMPERIAL REALTY COMPANY**
4747 W. Peterson Avenue • Chicago, IL 60646

Edie Higginbotham
Legal
MS# 0550

Wal-Mart Real Estate Business
Trust
702 S.W. Eighth St.
Bentonville, AK 72716



Vendor: MIAPLU MIA PLUMBING

| --- Invoice --- | | ---T R A N S A C T I O N--- | | | | |
| Number | Date | Type | Date | Check# | Amount | Balance |
|---|---|---|---|---|---|---|
| 5018-1 | 12/21/05 | Invoice | 01/04/06 | | 125,000.00 | 125,000.00 |
| 5018-1 | 12/21/05 | Payment | 01/19/06 | 029484 | 112,500.00 | 12,500.00 |
| 5018-1 | 12/21/05 | Payment | 05/22/06 | 031040 | 9,638.86 | 2,861.14 |
| 5018-2 | 12/28/05 | Invoice | 01/04/06 | | 46,500.00 | 49,361.14 |
| 5018-2 | 12/28/05 | Payment | 02/14/06 | 029883 | 41,850.00 | 7,511.14 |
| 5018-3 | 03/03/06 | Invoice | 03/28/06 | | 7,860.56 | 15,371.70 |
| 5018-3 | 03/03/06 | Payment | 04/11/06 | 030553 | 7,074.50 | 8,297.20 |
| 5018-3 | 03/03/06 | Payment | 04/13/06 | 030591 | 6,624.50 | 1,672.70 |
| 5018-3 | 03/03/06 | Void Check | 04/13/06 | 030553 | 7,074.50 | 8,747.20 |
| 5018-3 | 03/03/06 | Adjustment | 04/13/06 | | 500.00- | 8,247.20 |
| 5018-4 | 04/10/06 | Invoice | 04/13/06 | | 145,000.00 | 153,247.20 |
| 5018-4 | 04/10/06 | Payment | 05/09/06 | 030871 | 30,000.00 | 123,247.20 |
| 5018-4 | 04/10/06 | Payment | 05/22/06 | 031031 | 37,100.00 | 86,147.20 |
| 5018-4 | 04/10/06 | Payment | 05/22/06 | 031039 | 27,625.00 | 58,522.20 |
| 5018-4 | 04/10/06 | Payment | 05/22/06 | 031040 | 50,275.00 | 8,247.20 |
| 5018-4 | 04/10/06 | Payment | 05/22/06 | 031041 | 37,100.00 | 28,852.80- |
| 5018-4 | 04/10/06 | Payment | 05/22/06 | 031042 | 27,625.00 | 56,477.80- |
| 5018-4 | 04/10/06 | Void Check | 05/22/06 | 031031 | 37,100.00 | 19,377.80- |
| 5018-4 | 04/10/06 | Void Check | 05/22/06 | 031039 | 27,625.00 | 8,247.20 |

Company: A1 POWERS & SONS CONSTRUCTION CO

Vendor: NATPLU NATIONAL PLUMBING

| --- Invoice --- | | ---T R A N S A C T I O N--- | | | | |
| Number | Date | Type | Date | Check# | Amount | Balance |
|---|---|---|---|---|---|---|
| 060906 | 06/09/06 | Invoice | 06/09/06 | | 17,119.21 | 17,119.21 |
| 060906 | 06/09/06 | Payment | 06/09/06 | 031283 | 17,119.21 | .00 |

Vendor: VULMAT VULCAN MATERIALS COMPANY

| --- Invoice --- | | ---T R A N S A C T I O N--- | | | | |
| Number | Date | Type | Date | Check# | Amount | Balance |
|---|---|---|---|---|---|---|
| 060906 | 06/09/06 | Invoice | 06/09/06 | | 320.00 | 320.00 |
| 060906 | 06/09/06 | Payment | 06/09/06 | 031284 | 320.00 | .00 |
| 091206 | 09/12/06 | Invoice | 09/14/06 | | 32,534.95 | 32,534.95 |
| 091206 | 09/12/06 | Payment | 09/14/06 | 032484 | 32,534.95 | .00 |
| 06-09-06 | 06/09/06 | Invoice | 06/09/06 | | 320.00 | 320.00 |
| 06-09-06 | 06/09/06 | Payment | 06/09/06 | 031285 | 320.00 | .00 |
| 06/09/06 | 06/09/06 | Invoice | 06/09/06 | | 320.00 | 320.00 |
| 06/09/06 | 06/09/06 | Payment | 06/09/06 | 031286 | 320.00 | .00 |
| 06/09/06 | 06/09/06 | Payment | 06/09/06 | 031287 | 320.00 | 320.00~ |
| 06/09/06 | 06/09/06 | Void Check | 06/09/06 | 031286 | 320.00 | .00 |

# Exhibit C

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

General Contractors – Cons[...]
2636 W. 15th Avenue – [...]
(219) 949-3100  Fax: [...]

## CONTRACT NUMBER 5018-034

THIS AGREEMENT, made this June 20, 2006, by and between POWE[...]
COMPANY, INC., hereinafter designated the Contractor, and

Broadway Construction Services, Inc.
1101 West Adams
Chicago, IL 60607

Hereinafter designated the Subcontractor.

## WITNESSETH

That the Subcontractor hereby agrees for certain hereinafter specified considerations to furnish all materials, labor, and equipment and fully complete as required by the plans and specifications furnish by: PB2 Architecture and Engineering, plan(s) and specification(s) dated March 18, 2005; the following described

Wal-Mart Store Number 3725, Demolition of Existing Structure, Construction of new Wal-Mart Facility, and
Site Improvements
3500 Golf Road, Niles, IL
ADDENDA 1, 2, and 3
NO ALTERNATES

**Specification Section(s): 15060, 15100, 15410 & 15480**

This contractor will supply all labor for materials purchased by Powers and Sons Construction Co., Inc. for work done on a Time and Material basis as per plans and specifications. All work will be placed on daily tickets that will be signed by a Powers & Sons superintendent. This work includes but is not limited to:

1. Daily cleanup
2. Roof drains / insulation BWR Ya
3. Any found underground deficiencies
4. Vent stack penetrations through roof
5. Video and dye test of underground
6. Floor cleanouts and floor drains
7. Trench drains
8. In slab plumbing work
9. Down spout insulation BWR Ya

Contractor to comply with all Wal-Mart SWPPP plans and specifications for work performed on this site.

**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

---

And the Subcontractor further agrees to fully relieve the Contractor of all responsibility for finishing and completing the said work in accordance with the Contractor's general contract with Wal-Mart Stores Inc. hereinafter designated the Owner, in the construction of the above named project, and agreed that the terms and provisions of said contract between the Contractor and said Owner with September 13, 2005, are made part of this Agreement and further, that the Subcontractor grants to said Contractor those rights, powers, and remedies in every detail and respect and in the same language and intent which Owner reserves to itself in the said general contract.

In consideration whereof the Subcontractor shall receive the sum of **FORTY THOUSAND DOLLARS AND ZERO CENTS ($40,000.00)** as full compensation for completion of the work described herein and the fulfillment of all stipulations of this agreement in the following manner, to wit:

That within ten (10) calendar days of receipt of payment by the Contractor from the Owner, payment shall be made in the amount of NINETY percent (90%) of the value of work completed the preceding month as payment estimated and approved by the Architect, Owner, and Contractor and upon payment being made by the Owner to the Contractor herein; the remaining TEN percent (10%) to be paid upon final completion and acceptance by the Owner, Architect, and Contractor of the work to e done hereunder, and said payments to e made only upon presentation of formal waivers of liens together with an affidavit that all payments have been made for all labor and material.

It is further understood and agreed that the Contractor may retain out of any moneys at any time due to Subcontractor a sum sufficient to pay all persons who have performed labor or furnished materials for the work included in this contract and/or to protect said Contractor again loss in the event the Subcontractor shall default or fail to perform this contract or any separable part thereof, and said sums may be retained until satisfactory evidence is furnished the Contractor that all such claims have been fully satisfied.

*"A Commitment to Excellence Since 1967"*



**General Contractors – Const...**
2636 W. 15th Avenue – ...
(219) 949-3100  Fax:

**CONTRACT NUMBER 5018-034**

THIS AGREEMENT, made this June 20, 2006, by and between POWE...
COMPANY, INC., hereinafter designated the Contractor, and

Broadway Construction Services, Inc.
1101 West Adams
Chicago, IL 60607

Hereinafter designated the Subcontractor.

**WITNESSETH**

That the Subcontractor hereby agrees for certain hereinafter specified considerations to furnish all materials, labor, and equipment and fully complete as required by the plans and specifications furnish by: PB2 Architecture and Engineering, plan(s) and specification(s) dated March 18, 2005; the following described

Wal-Mart Store Number 3725, Demolition of Existing Structure, Construction of new Wal-Mart Facility, and
Site Improvements
3500 Golf Road, Niles, IL
ADDENDA 1, 2, and 3
NO ALTERNATES

**Specification Section(s):  15060, 15100, 15410 & 15480**

This contractor will supply all labor for materials purchased by Powers and Sons Construction Co., Inc. for work done on a Time and Material basis as per plans and specifications. All work will be placed on daily tickets that will be signed by a Powers & Sons superintendent. This work includes but is not limited to:

1. Daily cleanup
2. Roof drains  / insulation ~~~~ ~~~~
3. Any found underground deficiencies
4. Vent stack penetrations through roof
5. Video and dye test of underground
6. Floor cleanouts and floor drains
7. Trench drains
8. In slab plumbing work
9. Down spout insulation ~~~~ ~~~~

Contractor to comply with all Wal-Mart SWPPP plans and specifications for work performed on this site.

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

And the Subcontractor further agrees to fully relieve the Contractor of all responsibility for finishing and completing the said work in accordance with the Contractor's general contract with Wal-Mart Stores Inc. hereinafter designated the Owner, in the construction of the above named project, and agreed that the terms and provisions of said contract between the Contractor and said Owner with September 13, 2005, are made part of this Agreement and further, that the Subcontractor grants to said Contractor those rights, powers, and remedies in every detail and respect and in the same language and intent which Owner reserves to itself in the said general contract.

In consideration whereof the Subcontractor shall receive the sum of **FORTY THOUSAND DOLLARS AND ZERO CENTS ($40,000.00)** as full compensation for completion of the work described herein and the fulfillment of all stipulations of this agreement in the following manner, to wit:

That within ten (10) calendar days of receipt of payment by the Contractor from the Owner, payment shall be made in the amount of NINETY percent (90%) of the value of work completed the preceding month as payment estimated and approved by the Architect, Owner, and Contractor and upon payment being made by the Owner to the Contractor herein; the remaining TEN percent (10%) to be paid upon final completion and acceptance by the Owner, Architect, and Contractor of the work to e done hereunder, and said payments to e made only upon presentation of formal waivers of liens together with an affidavit that all payments have been made for all labor and material.

It is further understood and agreed that the Contractor may retain out of any moneys at any time due to Subcontractor a sum sufficient to pay all persons who have performed labor or furnished materials for the work included in this contract and/or to protect said Contractor again loss in the event the Subcontractor shall default or fail to perform this contract or any separable part thereof, and said sums may be retained until satisfactory evidence is furnished the Contractor that all such claims have been fully satisfied.

Page 2 of 12

*"A Commitment to Excellence Since 1967"*



**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

The Subcontractor further agrees it as follows:

1. The Subcontractor will commence work immediately upon notice to do so by POWERS & SONS CONSTRUCTION COMPANY, INC., and will prosecute the work until completion with such diligence as is practicable and as is necessary in the opinion of the Owner to enable the Contractor to fulfill the terms of the principal contractor with reference to time of completion.

2. The Subcontractor will not sell, assign, sublet, transfer, or set-over this contract or any part thereof, or any interest therein, or any moneys to be due, or to become due therefrom, without the consent of the Contractor.

   a. Neither Owner's rights nor contractor's indemnification obligations under the contract documents shall be impaired or affected in any way by the failure of Owner to provide Contractor with a copy of a notice to Owner, notice of lien, mechanics lien, or other information requested by Contractor.

3. The Subcontractor shall submit to contractor within five (5) days a schedule listing all items required to be furnished for review and approval action. This schedule shall indicate the approximate date when submittals will be made and the date of delivery after review action. That the Subcontractor will procure at their own expense compensation insurance and/or indemnity accident policy in a reliable insurance company or companies satisfactory to the Contractor, covering full compensation to any employees for any injuries or death under the Workmen's Compensation Act of the State in which the work is prosecuted, and protecting the Owner and the Contractor in case of accident to personnel employed on the building, themselves, and employees, or the public, and to furnish the said Contractor a certificate from the said policies to remain in full force and effect at all times until the complete performance on the part of the Subcontractor of this contract; and to indemnify the Owner and Contractor again all claims, demands, and damages, including costs and attorney's fees, in the event of suit arising from accident to persons or property occasioned by said Subcontractor or his employees.

4. The Contractor and all Subcontractors are hereby notified that all Subcontractors, Sub-subcontractors, and suppliers are subject to the prior written approval of the Owner (which may be granted or withheld in Owner's sole discretion) prior to execution of contract.

Page 3 of 12

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

---

**The Insurance Requirements are as follows:**

| General Liability: | |
|---|---|
| Per Occurrence | $1,000,000 |
| Aggregate | $2,000,000 |
| Products Completed Operations | $2,000,000 |
| Automobile Liability | $1,000,000 |
| Excess Liability | $3,000,000 |
| Workers Compensation: | STATUTORY |
| Employers Liability | $1,000,000 |

**Additional Insured & Certificate Holder Required:**
1.  Powers and Sons Construction Co.
    2636 West 15th Avenue, Gary, IN 46404
2.  Wal-Mart Stores, Inc., its subsidiaries and affiliates
    2001 South East 10th Street, Bentonville, Arkansas 72716

NOTES:

1.  It must also reference the above-mentioned project description and contract number.
1.  Note on certificate that contractual liability is provided.
2.  Cancellation must state 30 days notification of cancellation.
3.  We are requiring both Powers & Sons Construction Company and Wal-Mart be named as certificate holders.

"A Commitment to Excellence Since 1967"

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

5. The Subcontractor further agrees to procure, at their own expense, public liability insurance in sufficient amounts to indemnify the Contractor from any claims, suits, and/or damages arising from accidents to persons or property during the period that their contract is in force.

6. The Subcontractor further agrees that they will have no dealings with anyone other than the Contractor in regard to additions, alterations, or deviations, in connection with this work.

7. The minority manpower requirements shall be 25% of all trades on the project. Subcontractor shall follow city of Niles hiring and minority requirements.

8. Subcontractor shall take precautions to observe and maintain conformance with OSHA safety requirements.

9. Contractor will schedule weekly project meetings the attendance of which shall be mandatory for all Subcontractors either currently working on site or expected on site within two (2) weeks of the scheduled meeting. Attendance is also mandatory for any Subcontractor requested to attend by the Project Manager.

    a. Subcontractor hereby agrees to accept a fine of $200.00 for each mandatory project meeting not attended by a minimum of Subcontractor's project manager. NOTE: Subcontractors not on site will be notified of the date of the meeting three weeks prior to date of 1st meeting, unless otherwise notified by Project Manager.

10. Daily clean up for Subcontractor shall be completed each and every day at the end of the scheduled workday. If the work site is left unclean, the General Contractor, without written notice, will clean the area and back charge the Subcontractor for clean up expense.

11. That, as guarantee of the faithful performance of his part of the contract, the Subcontractor agrees to furnish a corporate surety bond in a company satisfactory to the Contractor in the amount of N/A premiums on said bond to be paid by the Subcontractor herein.

"A Commitment to Excellence Since 1967"

**POWERS & SONS**
CONSTRUCTION COMPANY. INC.

**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

12. That should any imperfect workmanship or material or other faults or defects appear in said building within time specified after the completion and acceptance of said work, and which in the sole judgment of the Owner and Architect arise out of improper materials or workmanship, the Subcontractor shall immediately after notice thereof, make good any such fault at his own expense and upon his default the Contractor may do said work and recover from the Subcontractor the cost thereof.

13. And it is further agreed that, if the Subcontractor shall fail to execute this Agreement according to its terms or shall default in the performance of any of the foregoing conditions, then and in that event the Contractor, by giving three (3) days notice in writing to the Subcontractor of its intentions, so to do, may terminate the Subcontractor's right to proceed with the work or any separable part thereof, and/or may enter upon the employ of other persons to finish said work by contract or otherwise, and/or do further acts as are reserved by the Owner in its principal contract with the Contractor.  It is further agreed by the Subcontractor as follows:  proceed with the work or any separable part thereof, and/or may enter upon the employ of other persons to finish said work by contract or otherwise, and/or do further acts as are reserved by the Owner in its principal contract with the Contractor.

14. Should the Subcontractor refuse to start work promptly, neglect to supply a sufficient number of properly skilled workmen or sufficient materials of the proper quality, or fail in performance of any of the agreements herein contained, Contractor, without notice to Subcontractor, may provide any such labor or materials and deduct the cost from any money then due or thereafter to become due under this Sub-Contract; but if such expense and damage shall exceed such unpaid balance, Subcontractor shall pay the difference to Contractor and all attorney fees associated therewith.

15. Powers & Sons will not require Subcontractor to install equipment which violates ASTM and CPSC Safety guidelines.

16. Subcontractor agrees with the terms and conditions of the attached construction schedule, and will exercise due diligence in completing his portion of the work in coordination with the other trades.

Page 6 of 12

"A Commitment to Excellence Since 1967"

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

17. NON-ENGLISH SPEAKING WORKMEN: The Subcontractor agrees that should they provide non-english speaking workmen for this project at anytime, there must also be an English speaking translator for said worker(s) present on the project for the entire period that the non-English speaking worker(s) are on the project. Translator(s) must be identified with clear markings on their hard hats and/or clothing. The translator(s) must identify themselves immediately upon reporting to the jobsite to the Project Superintendent. If non-English speaking worker(s) are working in multiple areas and quick emergency communication is not practical in the sole opinion of the Project Superintendent, the Superintendent reserves the right to require an additional translator(s) be provided for the purpose of proper emergency communication.

18. CHANGES: This Subcontract may only be modified by a written document signed by both parties. Subcontractor expressly acknowledges that only the officers of the Contractor shall have authority to sign a change order or other modifications to this Subcontract. Agents, project managers, superintendents, foremen, or other employees of Contractor shall not have any authority to contractually bind Contractor and Subcontractor agrees that it shall not rely upon or accept any modifications to this Subcontract unless such modifications are in a written document signed by an officer of the Contractor.

   a. Subcontractor agrees that it will not perform any additional work unless it has received prior written approval from an officer of contractor. Said prior written approval by an officer of Contractor shall be an absolute condition precedent to any rights of Subcontractor to recover for any additional work. In the absence of such prior written approval by an officer of Contractor, any claims by the Subcontractor shall be deemed waived and forfeited, and shall not be valid for any purpose of recovery against the Contractor, its surety, or the Owner.

*"A Commitment to Excellence Since 1967"*

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

19. CLAIMS:  The Subcontractor agrees to make all claims for which the Contractor and the Owner may be jointly or severally liable in written form and in the same manner and time limitations as provided in the Contract between the Owner and the Contractor.  In the event Subcontractor has any claim against the Contractor that cannot be asserted against the Owner, or if the Contract between the Owner and Contractor does not otherwise make provision for asserting any claims against the Owner or Contractor, then Subcontractor shall give written notice of any such claims to Contractor within fifteen (15) days of the date when the Subcontractor first knew, or reasonably should have known, of the facts given rise to the event for which claim is made.

   a. If a claim is timely filed, any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by binding arbitration administered by the American Arbitration Association under the Fast Track Procedure of the Construction Industry Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.  Any such demand for arbitration must be filed within ninety (90) days of the date when the Subcontractor first knew, or reasonably should have known, of the facts giving rise to the event for which claim is made.

   b. If the Subcontractor fails to give timely written notice or fails to timely file a demand for arbitration, any such claims by the Subcontractor shall be deemed waived and forfeited, and shall not be valid for any purpose of recovery against the Contractor, its surety, or the Owner.  In any arbitration, or in any other dispute resolution procedures relating to this Subcontract, the prevailing party shall recover its reasonable attorney fees and costs from the other party.

20. ONLY UNION LABOR:  Subcontractor agrees that it and any of its lower-tiered Subcontractors working for or through Subcontractor will only employ labor pursuant to the applicable AFL-CIO building trades collective bargaining agreements that are in effect for the site of the Project and that they are signatory to all such collective bargaining agreements.  Subcontractor shall, at its sole expense, indemnify, hold harmless, and defend Contractor and its surety from any liability arising from the failure of Subcontractor, or any of its lower-tiered Subcontractors working for or through Subcontractor, to comply with said obligations and/or the provisions of said collective bargaining agreements.

Page 8 of 12

"A Commitment to Excellence Since 1967"

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

**General Contractors -- Construction Managers**
2636 W. 15th Avenue -- Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

21. SATISFACTION OF ALL CLAIMS AS TO SUBCONTRACTOR WORK:  In the event the Contractor has reason to believe that labor, material, equipment or other obligations incurred in the performance of Subcontract work are not being paid by the Subcontractor (or any lower-tiered Subcontractor working for or through Subcontractor), or if any lien or bond claims are asserted or served on the Contractor by any person or entity in regard to Subcontractor work, then the Subcontractor shall not be entitled to any payment for Subcontract work until all such outstanding claims or other obligations asserted in regard to the Subcontract work are fully satisfied by the Subcontractor, and all such claims are finally released as to the Contractor, its surety and the Owner.  Contractor shall further be entitled to retain out of any payments due or to become due to the Subcontractor a reasonable amount to protect and fully reimburse the Contractor for any and all loss, damage or expense, additional overhead and administrative costs, including attorney's fees and other costs arising out of or relating to any such claim or lien until the claim or lien has been satisfied by the Subcontractor.

22. PAYMENT:   Contractor shall not be obligated to pay any portion of the Subcontractor's current payment application until the amount for the Subcontract work requested by the Subcontractor, as incorporated into Contractor's payment application to the Owner, is accepted by the Owner and funds therefore are paid from the Owner to the Contractor.  Thus, Contractor's receipt of payment from the Owner for Subcontractor's work is an absolute condition precedent to all obligations of Contractor to pay Subcontractor, and Subcontractor is assuming the entire risk of the failure and/or refusal of the Owner to pay for the Subcontract work.  Notwithstanding anything herein to the contrary, Contractor shall not be obligated to make final payment until Subcontractor has completed all of the Subcontract work and all items listed on any punch list(s) that relate to the Subcontract work.

**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

**POWERS & SONS**
CONSTRUCTION COMPANY, INC.

a. The Subcontractor, and each of its officers, directors, shareholders, employees, successors or assigns, who receive any payments or distributions from the Contractor or any person in regard to the Subcontract work shall hold such payments or distributions as a trustee upon the express trust and fiduciary duty hereby established and acknowledged for the benefit of Contractor, its surety, the Owner, and all laborers, material men, equipment or other components incorporated into the performance of the Subcontract work. The Subcontractor, and each of its officers, directors, shareholders, employees, successors and assigns, who receive or have the right to control such payments or distributions shall be under a continuing duty to account for such matters, and only use such funds for the purpose of first paying those expenses and costs of the Subcontract work that if unpaid could give rise to a claim for lien against the Owner's property, the funds due from the Owner to the Contractor, or against any bond given by the Contractor and its surety to the Owner in regard to the Subcontract work. Any person receiving or controlling the payment delivered to the Subcontractor shall be jointly and severally liable to the Contractor, its surety and the Owner for all breaches of such trust, or other acts of fiduciary malfeasance or misfeasance in regard to the accounting or application and payment of such funds.

23. TIME: Time is of the essence as to all time periods and dates set forth in this Subcontract.

24. DELAY DAMAGES: If the Contract between Contractor and the Owner provides for liquidated or other damages for delay beyond the completion date set forth in the Contract, and such damages are assessed by the Owner against the Contractor, then the Contractor may assess such damages against the Subcontractor in proportion to its share of the responsibility for such delay and damage. For purposes of establishing any such delay caused by the Subcontractor, the Subcontractor acknowledges and represents that Contractor has provided.

**POWERS & SONS**
**CONSTRUCTION COMPANY, INC.**

**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100  Fax: (219) 949-5906

a. Subcontractor with a schedule for construction operations that sets forth the period in which the Subcontract work is to be performed and completed, and Subcontractor agrees that it will begin and finish the Subcontract work in accordance with Contractor's construction schedule. Subcontractor's failure to either begin or finish the Subcontract work on the dates established in Contractor's construction schedule shall be presumptive of the fact that Subcontractor has caused a delay in the Subcontract work for at least the number of days beyond the start or finish dates set forth in such schedule. The assessment and allocation of liquidated or other damages to the Subcontractor hereunder, and as imposed under the Contract between the Contractor and the Owner, shall not constitute a waiver or election by the Contractor as to any rights, claims or damages that the Contractor may have against the Subcontractor for any delay in the performance of the Subcontract work. The assessment and allocation of such liquidated damages to the Subcontractor shall merely be one component of the damages that Contractor may otherwise be entitled to recover from the Subcontractor in the event of any delays caused by the Subcontractor in the performance of the Subcontract work.

25. CONTRACTOR REMEDIES FOR SUBCONTRACTOR NON-PERFORMANCE: If Subcontractor fails or ceases to perform any obligations required under this Subcontract, or otherwise fails to satisfactorily complete the Subcontract, then in addition to any other right or remedy provided by this Subcontract or applicable law, the Contractor shall be entitled to recover from Subcontract as damages for the breach of this Subcontract, all direct, indirect and consequential costs and expenses incurred by the Contractor as a result of the Subcontractor's breach or lack of performance under this Subcontract, including the Contractor's reasonable attorney's fees, costs and other charges or expenses expended or incurred in the course of litigation or other action taken to protect the Contractor's interest under this Subcontract and to enforce performance of the Subcontractor's obligations and completion of the Subcontract work. In addition to such damages the Contractor shall also be entitled to recover from the Subcontractor prejudgment interest at the rate of One and One-half percent (1.5%)per month compounded daily on all funds expended by the Contractor in the course of seeking, correcting, or obtaining the performance of any obligation of Subcontractor under this Subcontract, including but not limited to, any funds expended to settle, resolve, or dispose of any liens or claims filed against the interest of the Contractor, its surety, or the Owner, by any laborer, material men, supplier, or Subcontractor of the Subcontractor in regard to the Subcontract work.

**General Contractors – Construction Managers**
2636 W. 15th Avenue – Gary, IN 46404
(219) 949-3100 Fax: (219) 949-5906

---

26. GOVERNING LAW:  This Subcontract shall be governed by and interpreted in accordance with the laws of the State in which the Project is located.

27. INTEGRATION CLAUSE:  This Subcontract sets forth the entire agreement of the parties for the Project, prior oral or written agreements notwithstanding.

28. TAX EXEMPT STATUS:  This project ☐ is/ ☒ is not tax exempt.

29. ACCEPTANCE CLAUSE:  Acceptance of this contract is assumed if not returned to writer within 10 days from date of issue (no payments will be issued unless signed contract is on file).  Beginning work or delivery after receipt of the same also constitutes acceptance.

This Agreement shall be binding upon and insure to the benefits of the respective heirs, executors, administrators, successors and assign of parties hereto.

POWERS & SONS CONSTRUCTION COMPANY, INC.          Broadway Construction Services, Inc.

By: _____          By: _____
Mamon Powers, Jr.

ITS _President_____          ITS _President_____

ATTEST: _____          ATTEST: _____
Ele Gedremenc

# Exhibit D

# Powers & Sons Construction Company

**CHANGE ORDER**
**No. 00001**

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**TITLE:**   T & M WORK:  6/19/2006 - 6/24/2006

**DATE:** 6/27/06

**PROJECT:** Wal-Mart Store Number 3725

**JOB:** 5018

**TO:**   Broadway Construction Services, Inc.

**CONTRACT NO:** 5018-034

1101 West Adams
Unit C
Chicago, IL  60607
Phone: 312.243.7925   Fax: 312.446.7300

Attn: Brett Antonietti

## DESCRIPTION OF CHANGE

REASON FOR CHANGE:  ADD TO CONTRACT
POWERS & SONS PCO #:  N/A
OWNERS'S CHANGE ORDER #:  N/A
NOT IN ORIGINAL SCOPE
CONTRACT TIME WILL BE UNCHANGED

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|-----------|-----------|
| 00001 | T & M WORK FOR 6/19/2006 TO 6/24/2006.  WORK INCLUDES LABOR FOR: SUBWAY UNDERGROUND, ROOF DRAIN PIPING, CHANGE DIRECTIVE #5, UNDERGROUND REPAIR, ROOF DRAIN INSTALLATION, FLOOR DRAIN AND CLEAN OUT INSTALLATION. | 1.000 | $23,118.33 | $23,118.33 |

**Total:**   $23,118.33

| | |
|---|---|
| The Original Contract Sum was | $40,000.00 |
| Net Change by Previously Authorized Requests and Changes | $0.00 |
| The Contract Sum Prior to This Change Order was | $40,000.00 |
| The Contract Sum Will be Increased | $23,118.33 |
| The New Contract Sum Including This Change Order | $63,118.33 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

Broadway Construction Services, Inc.

By: _____
Brett Antonietti
Date: 7/7/06

By: _____
Date: _____

Powers & Sons Construction Company
By: _____
Mamon Powers Jr.
Date: 7/13/06

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue.  Beginning work or delivery

# owers & Sons Constrtrtion Company

**CHANGE ORDER**
No. 00002

36 West 15th Avenue
ıry, IN 46404

Phone: 219.949.3100
Fax: 219.949.5906

**ITLE:**   T & M Work 6.26.06/6.30.06

**ROJECT:** Wal-Mart Store Number 3725

**O:**   Broadway Construction Services, Inc.
1101 West Adams
Unit C
Chicago, IL 60607
Phone: 312.243.7925   Fax: 312.446.7300

Attn: Brett Antonietti

**DATE:** 7/6/06

**JOB:** 5018

**CONTRACT NO:** 5018-034

**ESCRIPTION OF CHANGE**

ason for Change:  Add to Contract.

wers & Sons PCO #:  N/A
vner's Change Order #:  N/A
it in Original Scope:  N/A
ntract Time will be Unchanged

| :m | Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|
| 001 | T & M for 6.26.06 to 6.30.06. Work includes labor for underground repair, roof drain installation, vents through roof, garden center, Imperial down spouts. | 1.000 | $24,484.56 | $24,484.56 |
| | | **Total:** | | **$24,484.56** |

| | |
|---|---|
| ıe Original Contract Sum was | $40,000.00 |
| t Change by Previously Authorized Requests and Changes | $23,118.33 |
| e Contract Sum Prior to This Change Order was | $63,118.33 |
| ıe Contract Sum Will be Increased | $24,484.56 |
| ıe New Contract Sum Including This Change Order | $87,602.89 |
| ıe Contract Time Will Not Be Changed | |
| ıe Date of Substantial Completion as of this Change Order Therefore is | |

**CCEPTED:**

oadway Construction Services,
Inc.

:  _____
Brett Antonietti

te:  _____

By:  _____

Date:  _____

Powers & Sons Construction
Company

By:  _____
Mamon Powers Jr.

Date:  _____

# Powers & Sons Construction Company



**CHANGE ORDER**
**No. 00003**

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**TITLE:**   T & M Work 7.5.06 - 7.7.06

**PROJECT:** Wal-Mart Store Number 3725

**TO:**   Broadway Construction Services, Inc.
1101 West Adams
Unit C
Chicago, IL  60607
Phone: 312.243.7925   Fax: 312.446.7300

   Attn: Brett Antonietti

**DATE:** 7/13/06

**JOB:** 5018

**CONTRACT NO:** 5018-034

## DESCRIPTION OF CHANGE

Reason for Change:  Add to contract

Powers & Sons PCO #:  N/A
Owner's Change Order #:  N/A
Not in Original Scope:  N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|-----------|-----------|
| 00001 | Time and material for 7.5.06 - 7.7.06.  Work includes labor for underground repair and garden center. | 1.000 | $10,123.79 | $10,123.79 |

**Total:**         **$10,123.79**

| | |
|---|---|
| The Original Contract Sum was ................................................................................ | $40,000.00 |
| Net Change by Previously Authorized Requests and Changes ............................................ | $47,602.89 |
| The Contract Sum Prior to This Change Order was ............................................ | $87,602.89 |
| The Contract Sum Will be Increased ................................................................ | $10,123.79 |
| The New Contract Sum Including This Change Order ............................................ | $97,726.68 |
| The Contract Time Will Not Be Changed ................................................ | |
| The Date of Substantial Completion as of this Change Order Therefore is ................................ | |

## ACCEPTED:

**Broadway Construction Services, Inc.**

By: _____
   Brett Antonietti

Date: _____

By: _____

Date: _____

**Powers & Sons Construction Company**

By: _____
   Mamon Powers Jr.

Date: _____

# Powers & Sons Construction Company

**CHANGE ORDER**
**No. 00004**

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**TITLE:** Interior Bld Work & Credit Adjusted

**PROJECT:** Wal-Mart Store Number 3725

**TO:**  Broadway Construction Services, Inc.
1101 West Adams
Unit C
Chicago, IL 60607
Phone: 312.243.7925  Fax: 312.446.7300

Attn: Brett Antonietti

**DATE:** 7/14/06

**JOB:** 5018

**CONTRACT NO:** 5018-034

## DESCRIPTION OF CHANGE

**** All contractors must comply to SWPPP requirements.
**** There will be a deduct change order for all underground work done and paid on T & M for the "Subway"

Powers & Sons PCO #:  N/A
Owner's Change Order #:  N/A
Not in Original Scope:  N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|-----------|-----------|
| 00001 | Credit due to revise rates for workers comp and general liability. | 1.000 | ($1,817.91) | ($1,817.91) |

| | |
|---|---|
| The Original Contract Sum was | $40,000.00 |
| Net Change by Previously Authorized Requests and Changes | $57,726.68 |
| The Contract Sum Prior to This Change Order was | $97,726.68 |
| The Contract Sum Will be Increased | $279,182.09 |
| The New Contract Sum Including This Change Order | $376,908.77 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

**Broadway Construction Services, Inc.**

By: _____
      Brett Antonietti

Date: _____

By: _____

Date: _____

**Powers & Sons Construction Company**

By: _____
      Mamon Powers Jr.

Date: _____

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery

# & Sons Construction Company

5th Avenue
6404

Phone: 219.949.3100
Fax: 219.949.5906

**CHANGE ORDER**
No. 00004

Interior Bld Work & Credit Adjusted

**DATE:** 7/14/06

JECT: Wal-Mart Store Number 3725

**JOB:** 5018

Broadway Construction Services, Inc.

**CONTRACT NO:** 5018-034

1101 West Adams
Unit C
Chicago, IL 60607
Phone: 312.243.7925   Fax: 312.446.7300

Attn: Brett Antonietti

## DESCRIPTION OF CHANGE

| Item | Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|
| 00002 | Per drawings dated 3.14.05 and spec sections 15050, 15100, 15410, and 15480. Furnish and install interior plumbing from above ground slab up to, but not including roof penetrations. Work included, but not limited to, daily clean up of your debris, coring as needed, above ground waste and vent piping, above ground water piping, installation of fixtures, connections for equipment set and furnished by others, insulation of water lines, coordination with other trades, receive and unload fixture provided by others protection of own work, work per schedule, provide all equipment and man power to complete all required work. | 1.000 | $281,000.00 | $281,000.00 |

**Total:** $279,182.09

| | |
|---|---|
| The Original Contract Sum was | $40,000.00 |
| Net Change by Previously Authorized Requests and Changes | $57,726.68 |
| The Contract Sum Prior to This Change Order was | $97,726.68 |
| The Contract Sum Will be Increased | $279,182.09 |
| The New Contract Sum Including This Change Order | $376,908.77 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

Broadway Construction Services, Inc.

Powers & Sons Construction Company

By: _____   By: _____   By: _____

Brett Antonietti                                   Mamon Powers Jr.

Date: _____   Date: _____   Date: _____

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

Phone: 219.949.3100
Fax: 219.949.5906

**CHANGE ORDER**

**No. 00005**

**TITLE:** Add to Contract; T&M Work

**PROJECT:** Wal-Mart Store Number 3725

**TO:** Broadway Construction Services, Inc.
1101 West Adams Unit C
Chicago, IL 60607

Attn: Authorized Rep

**DATE:** 8/10/06

**JOB:** 5018

**CONTRACT NO:** 5018-034

## DESCRIPTION OF CHANGE

Reason for Change: Add to Contract

Powers & Sons PCO #: N/A
Owner's Change Order #: N/A
Not in Original Scope: N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|------------|------------|
| 00001 | Addition to contract $3,780.00 for work performed separate billings: $2,407.50 and $1,372.50 | 1.000 | $3,780.00 | $3,780.00 |
| 00002 | T&M for 7/17/06 to 7/20/06. Work includes labor for underground work and repair | 1.000 | $11,280.87 | $11,280.87 |
| 00003 | T&M for 7/10/06 to 7/14/06. Work includes labor for underground repair and subway | 1.000 | $14,061.31 | $14,061.31 |
| | | | **Total:** | **$29,122.18** |

| | |
|---|---|
| The Original Contract Sum was | $40,000.00 |
| Net Change by Previously Authorized Requests and Changes | $336,908.77 |
| The Contract Sum Prior to This Change Order was | $376,908.77 |
| The Contract Sum Will be Increased | $29,122.18 |
| The New Contract Sum Including This Change Order | $406,030.95 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

**Broadway Construction Services, Inc.**

By: _____
Authorized Rep

Date: _____

By: _____

Date: _____

**Powers & Sons Construction Company**

By: _____
Mamon Powers Jr.

Date: _____

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**CHANGE ORDER**

**No. 00006**

**TITLE:** Misc. Time & Material Work

**PROJECT:** Wal-Mart Store Number 3725

**TO:**   Broadway Construction Services, Inc.
1101 West Adams Unit C
Chicago, IL  60607

Attn: Authorized Rep

**DATE:** 8/18/06

**JOB:** 5018

**CONTRACT NO:** 5018-034

FILE COPY

## DESCRIPTION OF CHANGE

Powers & Sons PCO #:  N/A
Owner's Change Order #:  N/A
Not in Original Scope:  N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|-----------|-----------|
| 00001 | T & M for 7.17.06 to 7.20.06. Work includes labor for underground work and repair. Reason for Change: Add to contract. | 1.000 | $11,280.87 | $11,280.87 |
| 00002 | T & M for 7.10.06 to 7.14.06. Work includes labor for underground repair and subway. Reason for Change: Add to contract. | 1.000 | $14,061.31 | $14,061.31 |
| 00003 | Remaining balance from MIA Plumbing. Reason for Change: Add to contract - Backcharge to MIA. | 1.000 | $12,000.00 | $12,000.00 |

**Total:** $37,342.18

| | |
|---|---|
| The Original Contract Sum was | |
| Net Change by Previously Authorized Requests and Changes | $40,000.00 |
| The Contract Sum Prior to This Change Order was | $366,030.95 |
| The Contract Sum Will be Increased | $406,030.95 |
| The New Contract Sum Including This Change Order | $37,342.18 |
| The Contract Time Will Not Be Changed | $443,373.13 |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

Broadway Construction Services, Inc.

By: _____

By: _____
Authorized Rep

Date: _____

Date: _____

Powers & Sons Construction Company

By: _____
Marnon Powers Jr.

Date: _____

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery after receipt of the same constitutes acceptance

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**CHANGE ORDER**
**No. 00007**

---

**TITLE:**   T & M Work 7.22.06 - 8.5.06

**PROJECT:** Wal-Mart Store Number 3725

**TO:**   Broadway Construction Services, Inc.
1101 West Adams Unit C
Chicago, IL  60607

Attn: Authorized Rep

**DATE:** 8/18/06

**JOB:** 5018

**CONTRACT NO:** 5018-034

---

### DESCRIPTION OF CHANGE

Reason for Change:  Add to contract.

Powers & Sons PCO #:  N/A
Owner's Change Order #:  N/A
Not in Original Scope:  N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|------------|------------|
| 00001 | Time and Material work for 7.22.06/8.7.06.  Work includes labor for underground work and repair. | 1.000 | $21,081.53 | $21,081.53 |
| | | | **Total:** | **$21,081.53** |

---

| | |
|---|---|
| The Original Contract Sum was | $40,000.00 |
| Net Change by Previously Authorized Requests and Changes | $403,373.13 |
| The Contract Sum Prior to This Change Order was | $443,373.13 |
| The Contract Sum Will be Increased | $21,081.53 |
| The New Contract Sum Including This Change Order | $464,454.66 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

---

**ACCEPTED:**

Broadway Construction Services, Inc.

By: _____
Authorized Rep

Date:  9/5/06

By: _____

Date: _____

Powers & Sons Construction Company

By: _____
Mamon Powers Jr.

Date: _____

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

**CHANGE ORDER**
**No. 00008**

**TITLE:**   Credit for Double Entry of T& M Tic

**PROJECT:** Wal-Mart Store Number 3725

**TO:**   Broadway Construction Services, Inc.
1101 West Adams Unit C
Chicago, IL  60607

**DATE:** 8/24/06

**JOB:** 5018

**CONTRACT NO:** 5018-034

Attn: Authorized Rep

### DESCRIPTION OF CHANGE

Reason for Change: Deduct to contract.

Powers & Sons PCO #:  N/A
Owner's Change Order #:  N/A
Not in Original Scope:  N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|------------|------------|
| 00001 | Revised contract amount - double entry of T & M Tickets. Change Order Number 6 was credit with partial tickets that were in change order number 5. | 1.000 | ($29,122.18 | ($29,122.18) |

**Total:**          **($29,122.18)**

| | |
|---|---|
| The Original Contract Sum was | $40,000.00 |
| Net Change by Previously Authorized Requests and Changes | $424,454.66 |
| The Contract Sum Prior to This Change Order was | $464,454.66 |
| The Contract Sum Will be Decreased | ($29,122.18) |
| The New Contract Sum Including This Change Order | $435,332.48 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

Broadway Construction Services, Inc.

By: _____
Authorized Rep
Date:  9/5/06

By: _____

Date: _____

Powers & Sons Construction Company

By: _____
Mamon Powers Jr.
Date: _____

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery
after receipt of the same constitutes acceptance.

# Powers & Sons Construction Company

2636 West 15th Avenue
Gary, IN 46404

**Phone:** 219.949.3100
**Fax:** 219.949.5906

## CHANGE ORDER
## No. 00009

| | |
|---|---|
| **TITLE:** MISC. CHANGES | **DATE:** 9/20/06 |
| **PROJECT:** Wal-Mart Store Number 3725 | **JOB:** 5018 |
| **TO:** Broadway Construction Services, Inc. | **CONTRACT NO:** 5018-034 |

Broadway Construction Services, Inc.
1101 West Adams Unit C
Chicago, IL 60607

Attn: Authorized Rep

**DESCRIPTION OF CHANGE**

Powers & Sons PCO #: N/A
Owner's Change Order #: N/A
Not in Original Scope: N/A
Contract Time will be Unchanged

| Item | Description | Quantity | Unit Price | Net Amount |
|------|-------------|----------|------------|------------|
| 00001 | BACK CHARGE FOR CLEANUP ON 8/19/2006 | 1.000 | ($94.51) | ($94.51) |
| | REASON FOR CHANGE: DEDUCT TO CONTRACT - BACK CHARGE | | | |
| 00002 | BACK CHARGE FOR BROKEN PLUMBING FIXTURES | 1.000 | ($304.86) | ($304.86) |
| | REASON FOR CHANGE: DEDUCT TO CONTRACT - BACK CHARGE | | | |
| | | | **Total:** | **($399.37)** |

| | |
|---|---|
| The Original Contract Sum was | $40,000.00 |
| Net Change by Previously Authorized Requests and Changes | $395,332.48 |
| The Contract Sum Prior to This Change Order was | $435,332.48 |
| The Contract Sum Will be Decreased | ($399.37) |
| The New Contract Sum Including This Change Order | $434,933.11 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

| Broadway Construction Services, Inc. | | Powers & Sons Construction Company |
|---|---|---|
| By: _____ | By: _____ | By: _____ |
| Authorized Rep | | Mamon Powers Jr. |
| Date: _____ | Date: _____ | Date: _____ |

Acceptance of this Change Order is assumed if not returned to writer within 10 days from date of issue. Beginning work or delivery