

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

POWERS & SONS CONSTRUCTION COMPANY, INC., Plaintiff

v.

MIA PLUMBING CORPORATION, Defendant

08CV3513
JUDGE PALLMEYER
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

POWERS & SONS CONSTRUCTION COMPANY, INC.

FILED
JUN 19 2008
JUN 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



| | |
|---|---|
| NAME (Type or print) David A. Buls | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ David A. Buls | |
| FIRM Casale, Woodward & Buls, LLP | |
| STREET ADDRESS 9223 Broadway, Suite A | |
| CITY/STATE/ZIP Merrillville, IN 46410 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 90785190 | TELEPHONE NUMBER 219-736-9990 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐