FILED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| POWERS & SONS CONSTRUCTION CO., INC.<br>Plaintiff<br><br>VS.<br><br>MIA PLUMBING CORP.<br>Defendant | )<br>)<br>)<br>)  08CV3513<br>)  JUDGE PALLMEYER<br>)  MAGISTRATE JUDGE MASON<br>)<br>) |

### DISCLOSURE STATEMENT

Plaintiff, Powers & Sons Construction Co. Inc., by counsel, David A. Buls of Casale, Woodward & Buls, LLP declares in accordance with Local Rule 3.2 and Rule 7 of the Federal Rules of Civil Procedure that its only affiliate is a limited liability company known as Powers & Sons Construction, LLC, which is not publicly traded.

Respectfully submitted,

CASALE, WOODWARD & BULS, LLP

_/s/ David A. Buls_
David A. Buls, #17890-64
9223 Broadway, Suite A
Merrillville, IN 46410
Tele: (219) 736-9990
Fax: (219) 736-9991
Email: dbuls@cwblawfirm.com