AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

POWERS & SONS CONSTRUCTION
COMPANY, INC., Plaintiff

V.

MIA PLUMBING CORPORATION,
Defendant

CASE NUMBER: 08CV3513
ASSIGNED JUDGE: JUDGE PALLMEYER
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Ljubisa Srejović, Registered Agent
MIA Plumbing Corporation
1106 Dawes
Libertyville, IL 60048

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Buls
CASALE, WOODWARD & BULS, LLP
9223 Broadway, Suite A
Merrillville, IN 46410

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

NADINE FINLEY

(By) DEPUTY CLERK

JUN 1 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | June 19, 2008 |
| NAME OF SERVER *(PRINT)* David A. Buls | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

**FILED**
**JUL 0 1 2008**
7-1-2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

G  Other (specify):  Certified Mail - Return Receipt Requested

                    - See Attached

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 27, 2008       _[signature]_
              Date                 Signature of Server

              9223 Broadway, Ste. A, Merrillville, IN 46410
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MHN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X L Srejovic
☑ Agent
☐ Addressee

B. Received by (Printed Name) Ljubisa Srejovic
C. Date of Delivery 6-21-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

1. Article Addressed to:

Ljubisa Srejovic
Reg Agent
M'a corporation
1106 Dawes
Libertyville, IL 60048

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8280 0239

6/19

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08cv3513

FILED NF
JUL 0 1 2008
7-1-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 01.70 |

Postmark Here

7006 2760 0002 8280 0239

Sent To: Ljubisa Srejovic Reg Agt M'a
Street, Apt. No.; or PO Box No.: 1106 Dawes
City, State, ZIP+4: Libertyville, IL 60048

PS Form 3800, August 2006    See Reverse for Instructions