UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Powers & Sons Construction Company, Inc.
                                  Plaintiff,
v.                                                      Case No.: 1:08−cv−03513
                                                            Honorable Rebecca R. Pallmeyer
Mia Plumbing Corporation
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 8/28/2008. Motion for default to be filed by 9/17/2008. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.